# Exhibit A



UNION STATION ORGANIZATIONAL CHART