# Exhibit K

DAOL REXMARK UNION STATION LLC
c/o Rexmark Holdings LLC
295 Madison Avenue, Suite 1200
New York, New York 10017

June 15, 2022

**VIA HAND DELIVERY, FAX AND EMAIL**

Union Station Sole Member LLC
c/o Ashkenazy Acquisition Corp.
600 Madison Ave., 15th Floor
New York, New York 10022
Attention: Ben Ashkenazy

Kriss & Feuerstein LLP
360 Lexington Avenue
New York, New York 10017
Attention: David Kriss, Esq.
E-mail: dkriss@kandfllp.com
Fax: 646-454-4166

### NOTICE OF DISPOSITION OF COLLATERAL VIA A PUBLIC FORECLOSURE SALE UNDER ARTICLE 9 OF THE UNIFORM COMMERCIAL CODE

| | | |
|---|---|---|
| Re: | Borrower: | Union Station Sole Member, LLC, a Delaware limited liability company ("Borrower") |
| | Loan Description: | Mezzanine loan in the original principal amount of $100,000,000 (the "Loan") made by Kookmin Bank Co., LTD., as Trustee of KTB CRE Debt Fund No.8, a Korean investment trust ("Lender"), to Borrower, as evidenced, *inter alia,* by the Mezzanine Loan Agreement dated as of May 8, 2018, as modified by that certain First Modification of Mezzanine Loan Agreement and Forbearance dated as of July 8, 2020 (as amended, modified and/or restated from time to time, the "Loan Agreement"), and certain other Loan Documents |
| | Collateral: | 100% of the limited liability company membership interests in Union Station Investco LLC, a Delaware limited liability company, together with certain rights and property representing, relating to, or arising from such membership interests, all as more fully described in that certain Pledge and Security Agreement dated as of May 8, 2018 (collectively, the "Collateral") |

748287372.1

Dear Sirs:

Reference is made to the captioned Loan and Loan Documents, including that certain Pledge and Security Agreement, dated as of May 18, 2018.  Lender is the holder of the Note and owner of the Loan, which is further evidenced and governed by the Loan Agreement. Capitalized terms used but not defined in this notice have the meanings given to them in the Loan Agreement.

As you are aware, Lender offered for sale all right, title, and interest to the Collateral via a public foreclosure sale under Article 9 of the Uniform Commercial Code, which foreclosure sale occurred on June 14, 2022 at approximately 11:00 a.m. Eastern time (the "<u>Foreclosure Sale</u>").  Lender was the only qualified bidder at the Foreclosure Sale.

At the Foreclosure Sale, Lender exercised its right to purchase the Collateral at auction by making a credit bid for an amount equal to the $140,535,334.53 of secured indebtedness that was due and owing to Lender as of such date, which was declared by the New York licensed auctioneer at such auction to be the winning bid made on the Collateral (the "<u>Winning Bid</u>").  All of Lender's right, title and interest in the Winning Bid subsequently was assigned to Daol Rexmark Union Station LLC, a Delaware limited liability company ("<u>Union Station Sub</u>"), pursuant to a certain Contribution Agreement between Lender and Union Station Sub.  Union Station Sub, as the owner of the Winning Bid, then closed on the purchase of the Collateral pursuant to that certain Memorandum of Sale dated as of June 14, 2022, a copy of which is enclosed herein.

We are hereby providing you with notice that Union Station Sub is the rightful owner of all right, title and interest of Union Station Sole Member LLC in and to the Collateral, and all rights arising or relating to the Collateral, effective as of the date hereof.

Please direct any inquiries regarding the Loan to Michael Rebibo of Rexmark Holdings LLC, which is acting as agent on behalf of Lender at (212) 575-0047 or <u>Mrebibo@rexmark.com.</u>

[Signature Page Follows]

Very truly yours,

DAOL REXMARK UNION STATION LLC

By: _____
Name:  Michael Rebibo
Title:   Authorized Signatory

cc

Ben Ashkenazy
995 5th Avenue, 14th Floor
New York, New York 10028
**VIA Hand Delivery by Messenger**

Union Station Investco LLC
c/o Ashkenazy Acquisition Corp.
600 Madison Ave., 15th Floor
New York, NY 10022-1761
**VIA Hand Delivery by Messenger**

KTB CRE Debt Fund No. 8
c/o Daol Asset Management Co., Ltd.
28FL, Post Tower, 60 Yeouinaru-ro
Yeongdeungpo-gu, Seoul 07328, Korea
Attention: Jaesang Eum
**VIA E-mail: jaesang.eum@i-ktb.com**

Kookmin Bank Co. Ltd.
10 fl, Sewoo Bldg., 115, Yeouigongwon-ro
Yeongdeungpo-gu, Seoul, Korea 07241
Attn: Jean Moon
**VIA E-mail: aco.kbg@kbfg.com**

Mayer Brown LLP
1221 Avenue of Americas
New York, New York 10022
Attention: David M. Stewart, Esq.
**VIA E-mail: dstewart@mayerbrown.com**