# Exhibit L

| | |
|---|---|
| **From:** | Y. David Scharf |
| **To:** | David E. Ross; Will, Amber R. |
| **Cc:** | David J. Mark; Daniel J. Koevary |
| **Subject:** | RE: Union Station: Disconnect Notice/Electric and Past Due Notice/Water |
| **Date:** | Tuesday, July 19, 2022 3:17:43 PM |

David, the information you have is outdated. The invoices were paid the shut off notices rescinded.

**Y. David Scharf**
*Chair and Co-Managing Partner*
T: 212.735.8604 |C: 917.754.0484 |F: 917.522.3104
dscharf@morrisoncohen.com
vCard | Bio | LinkedIn

**Morrison Cohen LLP**
909 Third Avenue
27th Floor
New York, NY 10022
www.morrisoncohen.com


**From:** David E. Ross <DRoss@kasowitz.com>
**Sent:** Tuesday, July 19, 2022 9:22 AM
**To:** Will, Amber R. <awill@morrisoncohen.com>; Y. David Scharf <dscharf@morrisoncohen.com>
**Cc:** David J. Mark <DMark@kasowitz.com>; Daniel J. Koevary <DKoevary@kasowitz.com>; David E. Ross <DRoss@kasowitz.com>
**Subject:** Union Station: Disconnect Notice/Electric and Past Due Notice/Water

**CAUTION:** External sender. Verify before continuing.

Dear Amber and David:

Yesterday, by mail, our clients received the attached disconnect notice for electric, and past due notice for water and sewer.

Regards,
David

David E. Ross
Kasowitz Benson Torres LLP
1633 Broadway
New York, New York 10019
Tel.  (212) 506-1748
Fax.  (212) 835-5048
DRoss@kasowitz.com