# Exhibit M

| | |
|---|---|
| **From:** | Michael Rebibo |
| **To:** | Holloway, Brendan; Fontoura, Lisa |
| **Cc:** | Y. David Scharf; Will, Amber R.; Kiernan, Paul J (WAS - X77276); Joshua Khakshoor; Kozikowski, Michael; mkozikowski@unionstationdc.com |
| **Subject:** | RE: Union Station JLL Invoices |
| **Date:** | Wednesday, July 20, 2022 7:12:56 PM |
| **Attachments:** | image001.jpg<br>image002.jpg |

**CAUTION**: External sender. Verify before continuing.

Brendan,

I can confirm that these bills have been paid and there is no shut off in place. This vendor does not accept wires which is why it did not show up previously. Your office can independently verify the payment.

Thank you,

Michael Rebibo
Managing Principal

295 Madison Avenue
Suite 1200
New York, NY 10017
Tel: (212) 575-0047
mrebibo@rexmark.com
www.rexmark.com

CONFIDENTIALITY NOTICE: The documents accompanying this email transmission and this email contain confidential information belonging to the sender which is legally privileged, and is intended only for use by the recipient. Persons other than the intended recipient are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance of the contents of this information is strictly prohibited. If you receive this email in error, please notify the sender.

**From:** Holloway, Brendan <Brendan.Holloway@am.jll.com>
**Sent:** Wednesday, July 20, 2022 5:03 PM
**To:** Michael Rebibo <mrebibo@rexmark.com>; Fontoura, Lisa <Lisa.Fontoura@am.jll.com>
**Cc:** Y. David Scharf <dscharf@morrisoncohen.com>; Will, Amber R. <awill@morrisoncohen.com>; Kiernan, Paul J (WAS - X77276) <Paul.Kiernan@hklaw.com>; Joshua Khakshoor <jkhakshoor@rexmark.com>; Kozikowski, Michael <Michael.Kozikowski@am.jll.com>; mkozikowski@unionstationdc.com
**Subject:** RE: Union Station JLL Invoices

Michael,

JLL received these two shut off notices at the property today for Washington Gas. Can you confirm and provide evidence these have been paid or if not, have them paid immediately to avoid being shut off? Thank you.

Brendan Holloway
Senior Counsel
Mobile: 980.758.4645
brendan.holloway@am.jll.com