# Exhibit N

| From: | Y. David Scharf |
|---|---|
| To: | David E. Ross; Will, Amber R. |
| Cc: | Patricia McHugh Lambert; David J. Mark; Daniel J. Koevary; Andrew W. Breland; Kiernan, Paul J (WAS - X77276) |
| Subject: | RE: Union Station Expenses: Further Shutoff Notices |
| Date: | Friday, July 22, 2022 10:24:29 AM |

Adding Paul.

These amounts were already paid.

**Y. David Scharf**
*Chair and Co-Managing Partner*
T: 212.735.8604 | C: 917.754.0484 | F: 917.522.3104
dscharf@morrisoncohen.com
vCard | Bio | LinkedIn

**Morrison Cohen LLP**
909 Third Avenue
27th Floor
New York, NY 10022
www.morrisoncohen.com

---

**From:** David E. Ross <DRoss@kasowitz.com>
**Sent:** Friday, July 22, 2022 9:50 AM
**To:** Y. David Scharf <dscharf@morrisoncohen.com>; Will, Amber R. <awill@morrisoncohen.com>
**Cc:** Patricia McHugh Lambert <plambert@pklaw.com>; David J. Mark <DMark@kasowitz.com>;
Daniel J. Koevary <DKoevary@kasowitz.com>; Andrew W. Breland <ABreland@kasowitz.com>; David
E. Ross <DRoss@kasowitz.com>
**Subject:** Union Station Expenses: Further Shutoff Notices

> **CAUTION:** External sender. Verify before continuing.

---

Dear David and Amber:

Further to my email earlier this week sending you shut off/disconnection notices for electric and
water/sewer service, and requesting payment of the underlying bills and a summary of bills Kookmin
has paid directly so we can keep accurate records of what has and what has not been paid, attached
are disconnect notices our clients have received regarding gas service for Union Station.  I suggest
we speak on Monday at noon to discuss how to resolve the bill-paying issues we have been
discussing by email, and which were referenced during our hearing yesterday.

Regards, David (PS: I am cc-ing Pat Lambert on this email)

David E. Ross
Kasowitz Benson Torres LLP
1633 Broadway
New York, New York 10019
Tel.   (212) 506-1748
Fax.  (212) 835-5048
DRoss@kasowitz.com

This e-mail and any files transmitted with it are confidential and may be subject to the attorney-client privilege. Use or disclosure of this e-mail or any such files by anyone other than a designated addressee is unauthorized. If you are not an intended recipient, please notify the sender by e-mail and delete this e-mail without making a copy.