```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/3/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
:
DAOL REXMARK UNION STATION LLC; *and* :
KOOKMIN BANK CO., LTD., *in its capacity as trustee of* :
KTB CRE DEBT FUND NO. 8, *a Korean Investment* :  1:22-cv-6649-GHW
*Trust, by its agent in* Korea DAOL FUND :
MANAGEMENT CO. *and by its agent in United States* :  ORDER
REXMARK HOLDINGS LLC *d/b/a* REXMARK, :
:
                       Plaintiffs, :
:
                 -against- :
:
UNION STATION SOLE MEMBER, LLC, :
:
                       Defendant. :
:
-------------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      As stated on the record during the conference held on November 3, 2022, Plaintiffs' motion for summary judgment is due no later than November 23, 2022. *See* Dkt. No. 51. Defendant's opposition, which shall be limited to arguments based on Federal Rule of Civil Procedure 56(d), is due three weeks after the date of service of Plaintiffs' motion. Plaintiffs' reply, if any, is due one week after the date of service of Defendant's opposition.

      SO ORDERED.

Dated: November 3, 2022  
New York, New York

                                                  _____  
                                                    GREGORY H. WOODS  
                                                   United States District Judge