# KASOWITZ BENSON TORRES LLP

|  | 1633 BROADWAY | ATLANTA |
|---|---|---|
|  | NEW YORK, NEW YORK 10019 | HOUSTON |
| DAVID E. ROSS |  | LOS ANGELES |
| DIRECT DIAL: (212) 506-1748 | (212) 506-1700 | MIAMI |
| DIRECT FAX: (212) 835-5048 |  | NEWARK |
| DRoss@kasowitz.com | FAX: (212) 506-1800 | SAN FRANCISCO |
|  |  | SILICON VALLEY |
|  |  | WASHINGTON DC |

**MEMORANDUM ENDORSED**

December 9, 2022

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/9/2022
```

**VIA ECF**
Hon. Gregory H. Woods
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Re:   *Daol Rexmark Union Station LLC et al. v. Union Station Sole Member, LLC*, No. 1:22-cv-06649-GHW

Dear Judge Woods:

As you know, we represent Defendant Union Station Sole Member, LLC in this action. We write pursuant to Rule 1(E) of Your Individual Rules of Practice in Civil Cases to request an extension of the deadline to file a motion to compel. At the pre-motion conference on December 1, 2022, Your Honor ordered that any motion to compel production of documents by Plaintiffs to be filed by December 12, 2022. Since the conference, the Parties have been engaged in good faith negotiations regarding the narrowing of certain of Defendant's document requests and Plaintiffs' search for and production of responsive documents. The parties anticipate reaching resolution of these issues next week, but due to the time necessary to run proposed search terms, to confer regarding the results of that search, and to determine whether further searches are necessary, resolution is unlikely to be reached by the deadline. In light of the parties' good faith efforts, Defendant respectfully requests to adjourn the deadline for motions to compel by one week, to December 19, 2022. Plaintiffs consent to this request.

There has been one previous request for an extension of time in this case in connection with Plaintiffs' motion for a preliminary injunction.

Respectfully,

/s/ *David E. Ross*

David E. Ross

cc: All counsel of record (via ECF)

Application granted. The deadline for Defendant to file its motion to compel is extended to December 19, 2022. Plaintiffs' opposition is due no later than seven days after the date of service of Defendant's motion. Defendant's reply, if any, is due two days after the date of service of Plaintiffs' opposition. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 63.
SO ORDERED.

Dated: December 9, 2022
New York, New York

_____
GREGORY H. WOODS
United States District Judge