# EXHIBIT 1

# Arnold & Porter

**Michael D. Goodwin**
+1 202.942.5558 Direct
Michael.Goodwin@arnoldporter.com

April 12, 2021

Wells Fargo Bank, N.A.
401 S. Tryon Street, 8th Floor
MAC D1053-126
Charlotte, North Carolina  28202
Attention: Roger Briggs

Re: Loan in the amount of $330,000,000 (the "**Loan**") made by Wilmington Trust, National Association, in its capacity as Trustee for US 2018-USDC, Commercial Mortgage Pass-Through Certificates, Series 2018-USDC, as successor-in-interest to Citi Real Estate Funding Inc. and Natixis Real Estate Capital LLC ("**Lender**") to Union Station Investco LLC, a Delaware limited liability company ("**Borrower**"), relating to a leasehold interest in that certain property located in the City of Washington, District of Columbia, commonly known as Union Station and as more particularly described in the Loan Agreement (the "**Property**").

Ladies and Gentlemen:

Reference is hereby made to that certain Loan Agreement, dated as of May 8, 2018, made by and between Borrower and Lender, as modified by that certain First Modification of Loan Agreement and Forbearance, dated as of July 8, 2020, made by and between Borrower and Lender (as further amended, modified, restated and/or replaced from time to time, the "**Loan Agreement**"). We understand that pursuant to that certain Trust and Servicing Agreement dated as of June 9, 2018 (the "**Trust and Servicing Agreement**"), Wells Fargo Bank, National Association, acting in its capacity as special servicer ("**Special Servicer**"), has been engaged to service and administer the Loan on behalf of Lender.

We are legal counsel to Borrower and are writing to you on behalf of Borrower. With respect to capitalized terms used in this letter, we refer you to the Loan Agreement for their definition.

Arnold & Porter Kaye Scholer LLP
601 Massachusetts Ave, NW  |  Washington, DC 20001-3743  |  www.arnoldporter.com

US 169628509v6

**Arnold & Porter**

Wells Fargo Bank, N.A.
April 12, 2021
Page 2

On behalf of the Borrower, by this letter we are requesting that you begin the process for granting consents to the following (the "**Proposed Transaction**"): (i) issuance of an indirect ownership interest in Borrower to a sovereign wealth fund as more fully described below ("**Investor**") in consideration of Investor's capital contribution (the "**Capital Contribution**") to Ashkenazy Union Station Holdings LLC ("**Ashkenazy Holdings**") and (ii) related transactions.

As you know, Borrower is an indirect wholly-owned subsidiary of Ashkenazy Holdings. Ashkenazy Holdings is owned primarily by Ben Ashkenazy. BA Union Station Manager LLC ("**Ashkenazy Manager**"), which is owned and controlled by Ben Ashkenazy, is the managing member of Ashkenazy Holdings and responsible for its day-to-day operations.

In the Proposed Transaction, Investor will be admitted to Ashkenazy Holdings as a 50% member. The other members of Ashkenazy Holdings will remain the same with the same proportionate ownership interests, and Ashkenazy Manager will continue to maintain day-to-day management authority over the Borrower and operations at the Property. Attached to this letter is Borrower's organizational chart prior to and after the Proposed Transaction.

A definitive contribution agreement, setting forth all of the terms of the transaction with Investor, has been executed by the parties. All material closing documents, and $100,000,000 of Investor's capital contribution, have been deposited in escrow, subject to your approval and closing of the Proposed Transaction.

At closing on the Proposed Transaction, Investor will make a capital contribution in excess of $100,000,000 to Ashkenazy Holdings. As part of the Proposed Transaction, the Loan will be brought current and Ashkenazy Holdings will have significant dollars set aside to make further investments in the operations of Union Station, including tenant improvements, leasing commissions, capital expenditures and shortfalls.

We are in the final stages of obtaining approval of Investor's acquisition of its indirect interest in Borrower from the Committee on Foreign Investment in the United States ("**CFIUS**"). Upon receipt of CFIUS approval, we will be able to provide you with the identity of Investor and other relevant information and documentation you may request in connection with your review and approval of the Proposed Transaction.

Given the sensitivity of the CFIUS process, we ask that you keep this request and any information provided regarding Investor and the Proposed Transaction as confidential (except as may otherwise expressly agreed by Borrower and Special Servicer).

# Arnold & Porter

Wells Fargo Bank, N.A.
April 12, 2021
Page 3

   We recognize that you have previously notified Borrower that the Loan is in default.  Borrower agrees and acknowledges that your consideration of our request for approval of the Proposed Transaction will not constitute in and of itself a waiver of any default that may exist with respect to the Loan.

   We look forward to working with you in connection with your review and approval of the Proposed Transaction.

   We look forward to hearing from you.

            Sincerely,

            Michael D. Goodwin

cc: Alston & Bird LLP
   101 S. Tryon St., Suite 4000
   Charlotte, North Carolina 28280-4000
   Attention: Elizabeth Murphy, Esq.
   Email: elizabeth.murphy@alston.com

   BlackRock
   55 East 52nd Street,
   New York, NY 10022
   Attention: Michael Mesard
   Email: michael.mesard@blackrock.com

   Ashkenazy Acquisition Corp.
   150 E. 58th Street, 39th Floor
   New York, NY  10155
   Attn:  Ben Ashkenazy and Michael Alpert
   Email:  ben@aacrealty.com, michael@aacrealty.com

   David S. Kriss, Esq.
   Kriss & Feuerstein LLP
   360 Lexington Avenue

# Arnold & Porter

Wells Fargo Bank, N.A.
April 12, 2021
Page 4

    New York, NY 10017
    Email: dkriss@kandfllp.com

Wells Fargo Bank, N.A.
April 12, 2021
Page 5

## PRE-CLOSING ORGANIZATIONAL CHART FOR UNION STATION

**Ben Ashkenazy**
Voting: 100%
Economic: 100%

**JSER Group, LLC**
a Delaware LLC
Voting: 100%
Economic: 100%

**Managing Member**
BA Union Station Manager LLC
a Delaware LLC
Voting: 1%
Economic: 1%

**Member**
Ben Ashkenazy
Voting: 94%
Economic: 94%

**Member**
Union DC MDA, LLC
a Delaware LLC
Voting: 5%
Economic: 5%

**Managing Member**
Ashkenazy Union Station Holdings LLC
a Delaware limited liability company
Sole Member

**Sole Member**
Union Station Sole Member LLC
a Delaware LLC

**Borrower**
Union Station Investco LLC
a Delaware LLC

# Arnold & Porter

Wells Fargo Bank, N.A.
April 12, 2021
Page 6

