```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/4/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
:
DAOL REXMARK UNION STATION LLC; *and* :
KOOKMIN BANK CO., LTD., *in its capacity as trustee of* :
KTB CRE DEBT FUND NO. 8, *a Korean Investment* : 1:22-cv-6649-GHW
*Trust, by its agent in* Korea DAOL FUND :
MANAGEMENT CO. *and by its agent in* United States : ORDER
REXMARK HOLDINGS LLC *d/b/a* REXMARK, :
:
                      Plaintiffs, :
:
                -against- :
:
UNION STATION SOLE MEMBER, LLC, :
:
                      Defendant. :
:
------------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

    For the reasons stated on the record during the conference held on January 4, 2023, Plaintiffs' motion for summary judgment, Dkt. No. 55, is denied.

    The Clerk of Court is directed to terminate the motion pending at Dkt. No. 55.

    SO ORDERED.

Dated: January 4, 2023
New York, New York
                                            _____
                                                GREGORY H. WOODS
                                             United States District Judge