# Kasowitz Benson Torres llp

|  |  |  |
|---|---|---|
| David E. Ross<br>Direct Dial: (212) 506-1748<br>Direct fax: (212) 835-5048<br>DRoss@kasowitz.com | 1633 BROADWAY<br>NEW YORK, NEW YORK 10019<br>(212) 506-1700<br>Fax: (212) 506-1800 | Atlanta<br>Houston<br>Los Angeles<br>Miami<br>Newark<br>San Francisco<br>Silicon Valley<br>Washington DC |

December 4, 2023

**VIA ECF**
Hon. Gregory H. Woods
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

      Re:   *Daol Rexmark Union Station LLC, et al. v. Union Station Sole Member, LLC*,
              No. 1:22-cv-06649-GHW

Dear Judge Woods:

      On behalf of Defendant Union Station Sole Member LLC ("USSM"), we write in response to the Court's November 29, 2023 order, to advise that USSM intends to disclose Daniel Levy under Federal Rule of Civil Procedure 26(a) and (e).

                                                      Respectfully,

                                                        /s/ *David E. Ross*

                                                        David E. Ross