

                                                Y. David Scharf
                                                Chair and Co-Managing Partner
                                                (212) 735-8604
                                                dscharf@morrisoncohen.com

April 18, 2024

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/18/2024
```

**VIA ECF**
Hon. Gregory H. Woods
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

**MEMORANDUM ENDORSED**

Re:   *Kookmin Bank Co., Ltd. et al. v. Union Station Sole Member, LLC*,
       No. 1:22-cv-06649-GHW

Dear Judge Woods:

      We represent Plaintiffs Daol Rexmark Union Station LLC ("Union Station Sub") and Kookmin Bank Co. Ltd. ("Kookmin", collectively with Union Station Sub, "Lender") in the above-captioned matter. We write to Your Honor seeking clarification regarding the deadline for Lender to file its summary judgment motion.

      After the April 16 status conference, Your Honor issued an Order providing deadlines for Lender's motion for summary judgment. (ECF Doc. No. 136). With the deadline of April 28 falling on a Sunday, Lender seeks clarification as to whether it should file its summary judgment papers on that Sunday, or whether the motions papers are due on the following business day, Monday, April 29.

      We thank the Court for its attention to this matter.

The deadline for Plaintiffs to file and serve their motion for summary judgment is April 29, 2024. Defendant's opposition is due within 4 weeks after service of Plaintiffs' motion; Plaintiffs' reply, if any, is due within 2 weeks after service of Defendant's opposition.

SO ORDERED.

Dated: April 18, 2024
New York, New York

_____
GREGORY H. WOODS
United States District Judge

Respectfully,

/s/ Y. David Scharf

Y. David Scharf

cc: All counsel of record, via ECF