

Amber R. Will
Senior Counsel
(212) 735-8853
awill@morrisoncohen.com

April 29, 2024

**VIA ECF**

Hon. Gregory H. Woods
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Re:   *Kookmin Bank Co., Ltd. et al. v. Union Station Sole Member, LLC*,
       No. 1:22-cv-06649-GHW

Dear Judge Woods:

We represent Plaintiffs Daol Rexmark Union Station LLC ("Union Station Sub") and Kookmin Bank Co, Ltd., in its capacity as trustee ("Trustee") of KTB CRE Debt Fund No. 8, a Korean Investment Trust (the "Trust"), by its agent on behalf of the Trust in Korea, Daol Fund Management Co. ("Daol"), and by its agent on behalf of the Trust in the United States, Rexmark Holdings LLC d/b/a Rexmark ("Rexmark," collectively with Union Station Sub, Trustee, the Trust, and Daol, "Lender") in the above-captioned matter.

Given Passover Observances, we are writing to Your Honor to request a three (3) day extension of the deadline for Lender to file its Motion for Summary Judgment from today, April 29, 2024, to Thursday, May 2, 2024.  Defendant Union Station Sole Member, LLC ("USSM") has consented to this request with the understanding that USSM will receive the same extension with respect to its opposition.

We thank the Court for its attention to this matter.

Respectfully,

*/s/ Amber Will*

Amber R. Will

cc: All counsel of record, via ECF

Morrison Cohen LLP  |  909 Third Avenue  |  New York, NY 10022-4784  |  P 212.735.8600  |  F 212.735.8708  |  morrisoncohen.com

#12996490v1\029938\0003