

Amber R. Will
Senior Counsel
(212) 735-8853
awill@morrisoncohen.com

April 29, 2024

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/29/2024
```

**MEMORANDUM ENDORSED**

**VIA ECF**

Hon. Gregory H. Woods
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

    Re:   <u>Kookmin Bank Co., Ltd. et al. v. Union Station Sole Member, LLC,
No. 1:22-cv-06649-GHW</u>

Dear Judge Woods:

    We represent Plaintiffs Daol Rexmark Union Station LLC ("Union Station Sub") and Kookmin Bank Co, Ltd., in its capacity as trustee ("Trustee") of KTB CRE Debt Fund No. 8, a Korean Investment Trust (the "Trust"), by its agent on behalf of the Trust in Korea, Daol Fund Management Co. ("Daol"), and by its agent on behalf of the Trust in the United States, Rexmark Holdings LLC d/b/a Rexmark ("Rexmark," collectively with Union Station Sub, Trustee, the Trust, and Daol, "Lender") in the above-captioned matter.

    Given Passover Observances, we are writing to Your Honor to request a three (3) day extension of the deadline for Lender to file its Motion for Summary Judgment from today, April 29, 2024, to Thursday, May 2, 2024. Defendant Union Station Sole Member, LLC ("USSM") has consented to this request with the understanding that USSM will receive the same extension with respect to its opposition.

    We thank the Court for its attention to this matter.

Application granted. Plaintiffs' April 29, 2024 request for an extension of time to file their motion for summary judgment, Dkt. No. 139, is granted. Defendant's opposition is due within 4 weeks after service of the motion; Plaintiffs' reply, if any, is due within 2 weeks after service of Defendant's opposition. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 139.

SO ORDERED.
Dated: April 29, 2024

_____
GREGORY H. WOODS
United States District Judge

Respectfully,

/s/ Amber Will

Amber R. Will

cc: All counsel of record, via ECF