# REBIBO EXHIBIT JJ

ARTICLE 9 SALE OF 100%
AUCTION

JUNE 14, 2022  11:00 A.M.

Auction
June 14, 2022

1           MR. REIMER:  So I do not have video, so

2       keep that in mind.  Well, I was suggesting

3       before this latest snap that we just do a roll

4       call through the conference room just so

5       Margaret can at least put faces to names as

6       other things may pop up during this.  So I just

7       thought we'd do that.  And really we can get

8       going on it.

9    Dave Dorros -- Cushman & Wakefield

10   Dave Stuart -- Mayor Brown

11   Dennis Massimi -- Mayor Brown

12   Joshua Khakshoor -- Rexmark

13   Michael Rebibo -- Rexmark

14   Chris McGlone -- Cushman & Wakefield

15

16          MR. REIMER:  Good morning.  I want to

17      welcome you all to the sale under Article 9 of

18      the Uniform Commercial Code, as enacted in the

19      State of New York, which I will refer to as the

20      "UCC", of 100% of the limited liability company

21      interest, which I will refer to as the:

22      "Membership Interests," in Union Station

23      Investco, LLC, a Delaware limited liability

24      company, which I will refer to as the "Pledged

25      Entity," together with certain rights and

Auction
June 14, 2022

| | |
|---|---|
| 1 | property representing, relating to, or arise |
| 2 | from Membership Interests, which I will |
| 3 | collectively refer to at time, along with the |
| 4 | Membership Interests, as the "Collateral." |
| 5 | My name is Craig C. Reimer and I am |
| 6 | with the law firm of Mayor Brown, LLP, which is |
| 7 | counsel to Kookmin Bank Co., Ltd., as trustee |
| 8 | of KTB CRE Debt Fund No. 8, a Korean investment |
| 9 | trust, which I will refer to at times as the |
| 10 | "Secured Party." |
| 11 | Today's date is June 14, 2022 and the |
| 12 | time is approximately 11:10 a.m., eastern time. |
| 13 | In accordance with Section 10 of the |
| 14 | Pledge Agreement documenting the pledge |
| 15 | Membership Interests, the auction is being held |
| 16 | on the front steps of the New York County of |
| 17 | Supreme Court Building, located at 60 Centre |
| 18 | Street in New York. |
| 19 | Additionally, and in compliance with |
| 20 | Section 9-610 of the UCC, qualified parties |
| 21 | also were provided with the option of attending |
| 22 | the auction in a conference room at the offices |
| 23 | of Secured Party's counsel, Mayor Brown LLP, |
| 24 | which are located at 1221 Avenue of the |
| 25 | Americas, 12th floor in New York. |

Auction
June 14, 2022

1           Further, in recognition of the

2     ongoing COVID-19 pandemic and any related

3     limitations on public assembly, virtual

4     attendance at this auction via this online

5     videoconference has been made available.

6           A     This auction, including all proceedings

7     on the courthouse steps and by anyone participating

8     virtually through this videoconference or otherwise

9     attending in our conference room, are being recorded

10    and all statements made on the record will be

11    transcribed by a licensed stenographer who is

12    attending the auction via this videoconference.

13          For the record, we have not received from

14    Secured Party's borrower, Union Station Sole Member

15    LLC, a Delaware limited liability company and which

16    I will refer to at times as the "Debtor."  Any

17    notification that it has either obtained an order

18    for a court of competent jurisdiction enjoining this

19    auction from proceeding or that it filed for

20    bankruptcy.

21          Additionally, prior to the start of

22    today's proceedings we checked on the Pacer system,

23    which covers all Federal court dockets, including US

24    bankruptcy cases.  We did not find any indication on

25    Pacer that the Debtor has filed for bankruptcy.

Auction
June 14, 2022

1           Only qualified bidders and their

2    designated representatives may participate in this

3    auction.  The name of any qualified bidder and its

4    designated representative has been provided to the

5    stenographer.

6           The only qualified bidders and their

7    designated representatives may participate in the

8    this auction.  The name of any qualified bidder and

9    its designated representative has been provided to

10   the stenographer.

11          The only qualified bidder for today's

12   auction is the Secured Party.

13          In order to maintain an orderly auction,

14   only the designated representative of the Secured

15   Party is entitled to bid on behalf of the Secured

16   Party at today's auction.  All other representatives

17   and observers should remain on mute and if anyone

18   wants to speak, please signal so and state your name

19   for the record.

20          At this time I would like to have the

21   designated representative for the Secured Party

22   introduce himself.

23          MR. REBIBO:  Good morning.  My name is

24   Mike Rebibo and I am the Managing Principle of

25   Rexmark, which is the authorized agent of the

Auction
June 14, 2022

| | |
|---|---|
| 1 | Secured Party.  I will be action on behalf of |
| 2 | that Secured Party, as its designated |
| 3 | representative of today's auction. |
| 4 | MR. REIMER:  Thank you, Michael.  I also |
| 5 | would like to identify the other folks |
| 6 | attending today's auction in observational |
| 7 | capacities: |
| 8 | First I'd like to introduce some |
| 9 | folks from Cushman & Wakefield, which I will |
| 10 | refer to as "C&W" and which is serving as the |
| 11 | Secured Party's marketing and sale agent with |
| 12 | respect to the foreclosure sale. |
| 13 | Attending today's auction from C&W, |
| 14 | we have Dave Dorros, who is a Vice Chairman at |
| 15 | C&W, as well as Chris McGlone who is a managing |
| 16 | director at C&W. |
| 17 | Additional representative of the |
| 18 | Secured Party in attendance include: |
| 19 | From Rexmark, we have attending on behalf of |
| 20 | Secured Party Joshua Khakshoor, who is a senior vice |
| 21 | president of Rexmark. |
| 22 | From Mayor Brown, we have David Stewart who is |
| 23 | a partner and Dennis Massimi who is an associate. |
| 24 | I also want to note for the record |
| 25 | that we have attending the auction our licensed |

Auction
June 14, 2022

```
1        auctioneer, Jonathan Cuticelli from Racebrook

2        Marketing Concepts.

3               Additionally we have Margaret Clark,

4        who is a licensed stenographer at U.S. Legal

5        Support, Inc. and who will be marking the

6        Exhibits, making them part of the record and

7        preparing an official transcript of the record

8        made in today's auction.

9               Now I'd like to run through some

10       items concerning the notice of this auction.

11               This is a public foreclosure sale,

12       pursuant to Article 9 of the UCC by the Secured

13       Party under a mezzanine loan agreement dated

14       May 8, 2018 in the original principle amount of

15       $100,000,000 between the debtor and the Secured

16       Party, which I will refer to as Nulo [Mezzanine

17       Loan].

18       A     Payment of the Mezzanine Loan, including

19       all accrued and accruing interests, fees, costs and

20       expenses and other amounts incurred by Secured Party

21       that it is entitled to recover under the terms of

22       its loan documents and applicable law, is secured by

23       a pledge of $100 percent of the Membership Interests

24       in the Pledged Entity, together with certain other

25       related Collateral.
```

Auction
June 14, 2022

1      The Pledged Entity's principle assets was

2   formerly its ownership of a leasehold interest in

3   the real property commonly known as Washington Union

4   Station, which is located at 40-50 Massachusetts

5   Avenue, NE, Washington, District of Columbia 20002,

6   which I will refer to as the "Leasehold Interest."

7   Title to the Leasehold Interest has vested in the

8   National Railroad Passenger Corporation, which I

9   will refer to as "Amtrak."

10      Pursuant to that certain declaration of

11   taking, filed by Amtrak, in which I will refer to at

12   times as "The Taking."  That was filed by Amtrak on

13   April 14, 2022 in the United States District Court

14   for the district of Columbia, which I will refer to

15   at times as the "District Court."

16      The Pledged Entity is the borrower under

17   a loan in the original principle amount of

18   $330,000,000 that is or, due to the Taking, was

19   formerly secured by a first priority mortgage on the

20   Leasehold Interest, which I will refer to at times

21   as the "Mortgage Loan."

22      The Mortgage Loan has been in default

23   since May of 2020, has been fully accelerated, and

24   is due and owing in its entirety together with all

25   accrued and accruing interest, default interest,

Auction
June 14, 2022

1    fees, costs, and expenses pertaining thereto.

2           Today's auction pertains only to a

3    disposition under Article 9 of the UCC of the

4    Collateral, including the Membership Interests,

5    owned by the Debtor; it is not a sale or other

6    disposition of the Leasehold Interest, which

7    pursuant to Amtrak's Taking, remains the subject of

8    pending litigation in the District Court as Case No.

9    1-22-cv-01043.

10          The Collateral will be sold as a single

11   unit and is offered on an As Is, Where Is, With All

12   Faults basis. The Secured Party makes no guarantee,

13   representation or warranty, express or implied, as

14   to any matter, including as to any matter pertaining

15   to the Collateral.

16          And the sale of the Collateral will be

17   made without recourse to, and without representation

18   or warranty by the Secured Party.

19          The Membership Interests are unregistered

20   securities needed which I'll refer to as per the

21   Securities Act of 1933, as amended, which I will

22   refer to as the "Securities Act."

23          Thus, while the auction will be conducted

24   as a public sale under Article 9 of the UCC, it will

25   be a private sale for the purposes of the Securities

Auction
June 14,2022

1    Act and any other applicable securities law.

2    Because of this the Second Party required any

3    prospective bidders to confirm via the Participation

4    Statement required under the Terms of Sale that has

5    been provided to all such prospective bidders.

6          That the membership interest will not be

7    further sold, assigned, pledged, disposed of,

8    hypothecated or otherwise transferred without prior

9    registration in accordance with the Securities Act

10    and the securities laws of all other applicable

11    jurisdictions unless an exemption from such

12    registration is available.

13          Following the occurrence and continuation

14    of events of default under the Mezzanine Loan

15    agreement, the Secured Party delivered a notice of

16    event of default and acceleration dated November 12,

17    2021 to the Debtor, which I will refer to as

18    "Default and Acceleration Notice."

19          A copy of the Default and Acceleration

20    Notice has been provided to our stenographer, is

21    being marked as Exhibit 1, and will be made a part

22    of the record for today's auction.

23          By letter dated May 13, 2022, Secured

24    Party provided actual notice of its intent to

25    exercise remedies after default by sending to the

Auction
June 14, 2022

1    debtor and all parties entitled to pursuant to

2    Sections 9-611 through 9-613 of the UCC a notice of

3    disposition of collateral via a public foreclosure

4    sale under Article 9 of the UCC and reservation of

5    rights, which I will refer to at times as the

6    "Foreclosure Notice."

7             Attached to the Foreclosure Notice were

8    full and complete copies of the following documents:

9             First, a UCC Public Sale Notice, which I

10   will refer to as the "Sale Notice."

11            Second, the Terms of Sale for Public

12   Auction (which I will refer to as the "Terms of

13   Sale"), and the five exhibits appended thereto,

14   including:

15            Exhibit A, which contains the defined

16   terms used in the Terms of Sale,

17            Exhibit B, which is the form of

18   Participation Statement that interested bidders

19   (other than Secured Party) were required by the

20   Terms of Sale to complete and submit to C&W.

21            Exhibit C, which is the form of Memorandum

22   of Sale to be used to document the sale of the

23   Collateral to the successful bidder.

24            Exhibit D, which is a form of Transfer

25   Statement pursuant to UCC Section 9-619(including

Auction
June 14, 2022

1    Schedule 1 appended thereto that describes the

2    Collateral in more complete detail)and,

3        Exhibit E, which contains a summary

4    description of the relevant Mezzanine and Mortgage

5    Loan documents.

6        A copy of the Foreclosure Notice,

7    including the Sale Notice, Terms of Sale and all

8    exhibits appended thereto, have been provided to the

9    Stenographer, marked as Exhibit 2 and made a part of

10    the record for today's auction.

11        Additionally, pursuant to Section 10 of

12    the Pledge Agreement, the Secured Party provided

13    another copy of the Sale Notice on June 7, 2022 to

14    the Debtor and all other parties entitled to actual

15    notice of the auction.  A copy of this June 7 Notice

16    has been provided to our stenographer, marked as

17    Exhibit 3 and made a part of the record for today's

18    auction.

19        Today's auction has been widely and

20    reasonably advertised by the Secured Party, which

21    arranged, through C&W to have the Sale Notice

22    published in several publications on multiple dates,

23    which notices I will refer to collectively at the

24    "As-Published Sale Noticed").

25        In particular, the As-Published Sale

Auction
June 14, 2022

1   Notice was advertised in the following publications

2   on the following dates:

3        The Commercial Mortgage Alert on June 3,

4   2022;

5        The New York Times on seven consecutive

6   days beginning on June 6, 2022 and concluding on

7   June 12, 2022; and

8        The Washington Post on June 9, 2022

9   edition.

10       Copies of the As-Published Sale Notices

11  and related certificates and affidavits of

12  publication have been provided to our stenographer

13  are being made a part of this I record collectively

14  as Exhibit 4 and made part of the record for today's

15  auction.

16       Additionally, pursuant to Section 9-611

17  through 9-613 of the UCC, actual copies of the

18  As-Published Sale Notices were provided to the

19  Debtors, and any other parties entitled actual

20  notice, pursuant to that third letter dated June 13,

21  2022, which letter and its attachments have been

22  provided to our stenographer, marked as Exhibit 5,

23  and made part of today's record.

24       In addition to such advertisements of the

25  sale, on May 13, 2022, and e-teaser notice, which

Auction
June 14,2022

1    contained a link to C&W's marketing website where

2    information concerning the auction of the Collateral

3    and process for obtaining access to due diligence

4    materials for submitting a qualified bid and

5    participating at today's auction, were delivered via

6    email by C&W to a targeted list of 11,082

7    potentially interested parties that C&W identified

8    from its global investor database.

9            Between the launch of the sale process on

10    May 13, 2022 and June 7, 2022, which per the Terms

11    of Sale was the deadline for interested parties to

12    submit their "Participation Statements" to C&W, C&W

13    engaged with interested parties to discuss and

14    review the potential transaction.

15            Notably, C&W also maintained a listing

16    for the Collateral with RealINSIGHT Marketplace over

17    the course of the marketing period offering a

18    listing that is publicly available to view, and

19    providing broad exposure RealINSIGHT Marketplace, of

20    which approximately 187 unique investors viewed

21    C&W's marketing web page for this auction, and 134

22    successfully executed a confidentiality agreement

23    with C&W, which I will refer to at times as an

24    "NDA".

25            Of those parties executing an NDA,

Auction
June 14, 2022

1   approximately 70 viewed materials on the data site

2   maintained by C&W for this auction as a part of

3   their due diligence on the Collateral.

4           Ultimately, however, none of the

5   interested, potential bidders delivered a signed

6   Participation Statement to C&W (or the Secured

7   Party) before the June 7, 2022 deadline or requested

8   As a result, the Secured Party is the only Qualified

9   Bidder at today's auction.

10          Further, no one from the Debtor requested

11  that access be granted to it nor any representatives

12  of the Debtor for purposes of attending today's

13  auction.

14          Please note that the total amount of

15  indebtedness due and owing to the Secured Party,

16  secured by the Collateral, and which Secured Party

17  is entitled to credit bid under the applicable

18  provisions of the Terms of Sale, Mezzanine Loan

19  Documents and Article 9 of the UCC, has been

20  calculated by the Secured Party to total

21  $140,535,334.53 as of the date of this auction.

22   I will now turn the proceedings over to

23  Jonathan Cuticelli, the auctioneer, who is on

24  location on the front steps of the New York County

25  Supreme Court Building, which is located at 60

Auction
June 14, 2022

| | |
|---|---|
| 1 | Centre Street. |
| 2 | Jonathan Cuticelli: |
| 3 | Good morning.  My name is Jonathan Cuticelli, I am a |
| 4 | principal at Racebrook, and I will be conducting |
| 5 | today's auction.  My New York City auctioneer number |
| 6 | is 1387302-DCA Welcome.  I am conducting this |
| 7 | auction on the front steps of the New York County |
| 8 | Supreme Court Building, located at 60 Centre Street |
| 9 | in New York. |
| 10 | For the record, the collateral being bid |
| 11 | upon consists of: |
| 12 | 100% of the limited liability company |
| 13 | interests in Union Station Investco LLC, together |
| 14 | with certain rights and property representing, |
| 15 | relating to, or arising from the Membership |
| 16 | Interests. |
| 17 | You have all had access to the Sale |
| 18 | Notice, Terms of Sale and exhibits appended thereto. |
| 19 | As more particularly set forth in the Terms of Sale: |
| 20 | The Collateral is being auctioned for sale |
| 21 | for cash to the Qualified Bidder posting the highest |
| 22 | and best bid. |
| 23 | The Collateral will be sold as a single |
| 24 | unit, and shall not be divided or sold in separate |
| 25 | units. |

Auction
June 14, 2022

| | |
|---|---|
| 1 | Minimum bidding increments will be |
| 2 | $100,000 or such other amount as the Secured Party |
| 3 | may announce at the auction. |
| 4 | The Secured Party is permitted to bid at |
| 5 | the public sale and may credit bid all or any |
| 6 | portion of the outstanding balance of the amounts |
| 7 | due under the Mezzanine Loan Documents. |
| 8 | The Secured Party reserves its right to |
| 9 | modify or amend any of the above terms and |
| 10 | conditions of the terms and conditions contained in |
| 11 | the Terms of Sale at any time before the conclusion |
| 12 | of the sale. |
| 13 | During the auction, a Qualified Bidder may |
| 14 | request a short break to discuss its bid or |
| 15 | potential bid in private.  Please announce any such |
| 16 | request so that I and the stenographer can hear |
| 17 | them.  Does everyone understand the ability to |
| 18 | request breaks? |
| 19 | With that, we would like to open the bidding. |
| 20 | I ask that all participating parties when placing |
| 21 | their bid(s) state their name, the Qualified Bidder |
| 22 | they represent and then the bid amount clearly for |
| 23 | the record. |
| 24 | Mr. Rebibo, will you, on behalf of the Secured |
| 25 | Party, submit an initial bid for the Membership |

Auction
June 14, 2022

1    Interests and related Collateral?

2        MR. REBIBO:  Thank you.  On behalf of the

3    Secured Party I hereby submit a credit-bid in

4    the amount of $140,535.334.53 for the

5    Collateral, including 100 percent of Membership

6    Interests in the Pledged Entity.

7        MR. CUTICELLI:  The Secured Party has

8    submitted an initial bid of $140,535.334.53.

9    Are there any other bids at this time?

10        Again, an initial bid with respect to

11    the Collateral has been made by the Secured

12    Party in the amount of $140,535,334.53.  Again,

13    I'll ask, are there any other bids?

14        Hearing no other bids or no other

15    business to attend to concerning this auction,

16    I declare the highest and best bid made at

17    today's auction to be the Secured Party's

18    initial bid of $140,553,334.53.

19        Accordingly, I hereby declare the

20    winning bid with respect to the Article 9

21    foreclosure sale of the Membership Interests

22    and related Collateral is a credit bit of

23    $140,535,334.53 that was made by Mr. Rebibo on

24    behalf of the Secured Party.

25    It is now 11:30 a.m.(eastern time)  I declare the

1    auction closed.  I request our licensed stenographer

2    to provide a transcript of this auction on an

3    expedited basis.

4    Thank you all for your attendance at today's

5    auction. I would now turn the proceedings over to

6    Secured Party's counsel, Craig Reimer, so he may

7    make some final concluding remarks on the record.

8

9    Concluding Remarks:

10        MR. REIMER:  Thank you, Jonathan.  I note

11        for the record that as of the conclusion of the

12        auction at 11:30 a.m. (eastern) we have not

13        received any notice or indication on Pacer or

14        otherwise from the Debtor or its counsel or the

15        representative that the Debtor has either filed

16        for bankruptcy or obtained a temporary

17        restraining order staying or enjoining today's

18        UCC foreclosure sale of the Collateral to the

19        Secured Party, which has been declared the

20        winning bidder at this auction.

21

22

23

24

25

Auction
June 14, 2022

1          B. RADOVANOVIC

2

3          C E R T I F I C A T E

4

5      I, Margaret E. Clark, a Shorthand Reporter and

6    Notary Public of the State of New York, do hereby

7    certify:

8

9       That the testimony in the within proceeding was

10    held before me at the aforesaid time and place.

11    That said witness was duly sworn before the

12    commencement of the testimony  was taken

13    stenographically by me, then transcribed under my

14    supervision, and that the within transcript is a

15    true record of the testimony of said witness.

16

17       I further certify that I am not related to any

18    of the parties to this action by blood or marriage

19    that I am not interested directly or indirectly in

20    the matter in controversy nor am I in the employ of

21    any of the counsel.

22

23       IN WITNESS WHEREOF, I have hereunto set my

    hand.

24    _____

25      Margaret E. Clark

Auction
June 14, 2022

**Exhibits**

EX 0001 Aucti
on 061422
 10:21
EX 0002 Aucti
on 061422
 12:9
EX 0003 Aucti
on 061422
 12:17
EX 0004 Aucti
on 061422
 13:14
EX 0005 Aucti
on 061422
 13:22

**$**

$100
 7:23
$100,000,000
 7:15
$330,000,000
 8:18

**1**

1
 10:21 12:1
1-22-cv-01043
 9:9
10
 3:13 12:11
100%
 2:20
11:10
 3:12
12
 10:16 13:7
1221
 3:24
12th
 3:25

**13**
 10:23 13:20,
 25
14
 3:11 8:13
1933
 9:21

**2**

2
 12:9
20002
 8:5
2018
 7:14
2020
 8:23
2021
 10:17
2022
 3:11 8:13
 10:23 12:13
 13:4,6,7,8,
 21,25

**3**

3
 12:17 13:3

**4**

4
 13:14
40-50
 8:4

**5**

5
 13:22

**6**

6
 13:6
60
 3:17

**7**

7
 12:13,15

**8**

8
 3:8 7:14

**9**

9
 2:17 7:12
 9:3,24 11:4
 13:8
9-610
 3:20
9-611
 11:2 13:16
9-613
 11:2 13:17

**A**

a.m.
 3:12
accelerated
 8:23
acceleration
 10:16,18,19
accordance
 3:13 10:9
accrued
 7:19 8:25
accruing
 7:19 8:25

Act
 9:21,22
 10:1,9
action
 6:1
actual
 10:24 12:14
 13:17,19
addition
 13:24
Additional
 6:17
Additionally
 3:19 4:21
 7:3 12:11
 13:16
advertised
 12:20 13:1
advertisement
s
 13:24
affidavits
 13:11
agent
 5:25 6:11
agreement
 3:14 7:13
 10:15 12:12
Alert
 13:3
amended
 9:21
Americas
 3:25
amount
 7:14 8:17
amounts
 7:20
Amtrak
 8:9,11,12
Amtrak's
 9:7
anyone
 4:7 5:17
appended
 11:13 12:1,8

Auction
June 14, 2022

| | | | |
|---|---|---|---|
| **applicable** | **available** | **cases** | **conference** |
| 7:22 10:1,10 | 4:5 10:12 | 4:24 | 2:4 3:22 4:9 |
| **approximately** | **Avenue** | **Centre** | **confirm** |
| 3:12 | 3:24 8:5 | 3:17 | 10:3 |
| **April** | | **certain** | **consecutive** |
| 8:13 | _____ | 2:25 7:24 | 13:5 |
| **arise** | **B** | 8:10 | **contains** |
| 3:1 | | **certificates** | 11:15 12:3 |
| **arranged** | **Bank** | 13:11 | **continuation** |
| 12:21 | 3:7 | **Chairman** | 10:13 |
| **Article** | **bankruptcy** | 6:14 | **copies** |
| 2:17 7:12 | 4:20,24,25 | **checked** | 11:8 13:10, |
| 9:3,24 11:4 | **basis** | 4:22 | 17 |
| **As-published** | 9:12 | **Chris** | **copy** |
| 12:24,25 | **beginning** | 2:14 6:15 | 10:19 12:6, |
| 13:10,18 | 13:6 | **Clark** | 13,15 |
| **assembly** | **behalf** | 7:3 | **Corporation** |
| 4:3 | 5:15 6:1,19 | **Code** | 8:8 |
| **assets** | **bid** | 2:18 | **costs** |
| 8:1 | 5:15 | **collateral** | 7:19 9:1 |
| **assigned** | **bidder** | 3:4 7:25 | **counsel** |
| 10:7 | 5:3,8,11 | 9:4,10,15,16 | 3:7,23 |
| **associate** | 11:23 | 11:3,23 12:2 | **County** |
| 6:23 | **bidders** | **collectively** | 3:16 |
| **Attached** | 5:1,6 10:3,5 | 3:3 12:23 | **court** |
| 11:7 | 11:18 | 13:13 | 3:17 4:18,23 |
| **attachments** | **borrower** | **Columbia** | 8:13,15 9:8 |
| 13:21 | 4:14 8:16 | 8:5,14 | **courthouse** |
| **attendance** | **Brown** | **Commercial** | 4:7 |
| 4:4 6:18 | 2:10,11 3:6, | 2:18 13:3 | **covers** |
| **attending** | 23 6:22 | **commonly** | 4:23 |
| 3:21 4:9,12 | **Building** | 8:3 | **COVID-19** |
| 6:6,13,19,25 | 3:17 | **company** | 4:2 |
| **auction** | | 2:20,24 4:15 | **Craig** |
| 3:15,22 4:4, | _____ | **competent** | 3:5 |
| 6,12,19 5:3, | **C** | 4:18 | **CRE** |
| 8,12,13,16 | | **complete** | 3:8 |
| 6:3,6,13,25 | **C&w** | 11:8,20 12:2 | **Cushman** |
| 7:8,10 9:2, | 6:10,13,15, | **compliance** | 2:9,14 6:9 |
| 23 10:22 | 16 11:20 | 3:19 | **Cuticelli** |
| 11:12 12:10, | 12:21 | **Concepts** | 7:1 |
| 15,18,19 | **call** | 7:2 | |
| 13:15 | 2:4 | **concluding** | _____ |
| **auctioneer** | **capacities** | 13:6 | **D** |
| 7:1 | 6:7 | **conducted** | |
| **authorized** | **Case** | 9:23 | **date** |
| 5:25 | 9:8 | | 3:11 |

Auction
June 14, 2022

| | | | |
|---|---|---|---|
| **dated** | **district** | **exemption** | **foreclosure** |
| 7:13 10:16, | 8:5,13,14,15 | 10:11 | 6:12 7:11 |
| 23 13:20 | 9:8 | **exercise** | 11:3,6,7 |
| **dates** | **dockets** | 10:25 | 12:6 |
| 12:22 13:2 | 4:23 | **Exhibit** | **form** |
| **Dave** | **document** | 10:21 11:15, | 11:17,21,24 |
| 2:9,10 6:14 | 11:22 | 17,21,24 | **front** |
| **David** | **documenting** | 12:3,9,17 | 3:16 |
| 6:22 | 3:14 | 13:14,22 | **full** |
| **days** | **documents** | **exhibits** | 11:8 |
| 13:6 | 7:22 11:8 | 7:6 11:13 | **fully** |
| **Debt** | 12:5 | 12:8 | 8:23 |
| 3:8 | **Dorros** | **expenses** | **Fund** |
| **debtor** | 2:9 6:14 | 7:20 9:1 | 3:8 |
| 4:16,25 7:15 | **due** | **express** | |
| 9:5 10:17 | 8:18,24 | 9:13 | |
| 11:1 12:14 | | | |
| | | | **G** |
| **Debtors** | **E** | **F** | |
| 13:19 | | | **going** |
| **declaration** | **e-teaser** | **faces** | 2:8 |
| 8:10 | 13:25 | 2:5 | **Good** |
| **default** | **eastern** | **Faults** | 2:16 5:23 |
| 8:22,25 | 3:12 | 9:12 | **guarantee** |
| 10:14,16,18, | **edition** | **Federal** | 9:12 |
| 19,25 | 13:9 | 4:23 | |
| **defined** | **either** | **fees** | **H** |
| 11:15 | 4:17 | 7:19 9:1 | |
| **Delaware** | **enacted** | **filed** | **held** |
| 2:23 4:15 | 2:18 | 4:19,25 | 3:15 |
| **delivered** | **enjoining** | 8:11,12 | **hypothecated** |
| 10:15 | 4:18 | **find** | 10:8 |
| **Dennis** | **entirety** | 4:24 | |
| 2:11 6:23 | 8:24 | **firm** | **I** |
| **describes** | **entitled** | 3:6 | |
| 12:1 | 5:15 7:21 | **first** | **identify** |
| **description** | 11:1 12:14 | 6:8 8:19 | 6:5 |
| 12:4 | 13:19 | 11:9 | **implied** |
| **designated** | **Entity** | **five** | 9:13 |
| 5:2,4,7,9, | 2:25 7:24 | 11:13 | **include** |
| 14,21 6:2 | 8:16 | **floor** | 6:18 |
| **director** | **Entity's** | 3:25 | **including** |
| 6:16 | 8:1 | **folks** | 4:6,23 7:18 |
| **disposed** | **event** | 6:5,9 | 9:4,14 11:14 |
| 10:7 | 10:16 | **following** | 12:7 |
| **disposition** | **events** | 10:13 11:8 | **incurred** |
| 9:3,6 11:3 | 10:14 | 13:1,2 | 7:20 |

Auction
June 14, 2022

**indication**
4:24

**intent**
10:24

**interest**
2:21 8:2,6,
7,20,25 9:6
10:6

**interested**
11:18

**interests**
2:22 3:2,4,
15 7:19,23
9:4,19

**introduce**
5:22 6:8

**Investco**
2:23

**investment**
3:8

**items**
7:10

**J**

**Jonathan**
7:1

**Joshua**
2:12 6:20

**June**
3:11 12:13,
15 13:3,6,7,
8,20

**jurisdiction**
4:18

**jurisdictions**
10:11

**K**

**keep**
2:2

**Khakshoor**
2:12 6:20

**known**
8:3

**Kookmin**
3:7

**Korean**
3:8

**KTB**
3:8

**L**

**latest**
2:3

**law**
3:6 7:22
10:1

**laws**
10:10

**leasehold**
8:2,6,7,20
9:6

**Legal**
7:4

**letter**
10:23 13:20,
21

**liability**
2:20,23 4:15

**licensed**
4:11 6:25
7:4

**limitations**
4:3

**limited**
2:20,23 4:15

**litigation**
9:8

**LLC**
2:23 4:15

**LLP**
3:6,23

**loan**
7:13,17,18,
22 8:17,21,
22 10:14
12:5

**located**
3:17,24 8:4

**M**

**made**
4:5,10 7:8
9:17 10:21
12:9,17
13:13,14,23

**maintain**
5:13

**makes**
9:12

**making**
7:6

**managing**
5:24 6:15

**Margaret**
2:5 7:3

**marked**
10:21 12:9,
16 13:22

**marketing**
6:11 7:2

**marking**
7:5

**Massachusetts**
8:4

**Massimi**
2:11 6:23

**matter**
9:14

**Mayor**
2:10,11 3:6,
23 6:22

**Mcglone**
2:14 6:15

**Member**
4:14

**membership**
2:22 3:2,4,
15 7:23 9:4,
19 10:6

**Memorandum**
11:21

**mezzanine**
7:13,16,18
10:14 12:4

**Michael**
2:13 6:4

**Mike**
5:24

**mind**
2:2

**morning**
2:16 5:23

**mortgage**
8:19,21,22
12:4 13:3

**multiple**
12:22

**mute**
5:17

**N**

**name**
3:5 5:3,8,
18,23

**names**
2:5

**National**
8:8

**NE**
8:5

**needed**
9:20

**note**
6:24

**notice**
7:10 10:15,
18,20,24
11:2,6,7,9,
10 12:6,7,
13,15,21
13:1,20,25

**Noticed"**
12:24

**notices**
12:23 13:10,
18

**notification**
4:17

**November**
10:16

Auction
June 14, 2022

**Nulo**
7:16

---

**O**

observational
6:6
observers
5:17
obtained
4:17
occurrence
10:13
offered
9:11
offices
3:22
official
7:7
ongoing
4:2
online
4:4
option
3:21
order
4:17 5:13
orderly
5:13
original
7:14 8:17
owing
8:24
owned
9:5
ownership
8:2

---

**P**

Pacer
4:22,25
pandemic
4:2
part
7:6 10:21

12:9,17
13:13,14,23
participate
5:2,7
participating
4:7
Participation
10:3 11:18
particular
12:25
parties
3:20 11:1
12:14 13:19
partner
6:23
Party
3:10 5:12,
15,16,21
6:1,2,18,20
7:13,16,20
9:12,18
10:2,15,24
11:19 12:12,
20
Party's
3:23 4:14
6:11
Passenger
8:8
Payment
7:18
pending
9:8
percent
7:23
pertaining
9:1,14
pertains
9:2
please
5:18
pledge
3:14 7:23
12:12
pledged
2:24 7:24
8:1,16 10:7

pop
2:6
Post
13:8
preparing
7:7
president
6:21
principle
5:24 7:14
8:1,17
prior
4:21 10:8
priority
8:19
private
9:25
proceeding
4:19
proceedings
4:6,22
property
3:1 8:3
prospective
10:3,5
provided
3:21 5:4,9
10:5,20,24
12:8,12,16
13:12,18,22
public
4:3 7:11
9:24 11:3,9,
11
publication
13:12
publications
12:22 13:1
published
12:22
purposes
9:25
pursuant
7:12 8:10
9:7 11:1,25
12:11 13:16,
20

put
2:5

---

**Q**

qualified
3:20 5:1,3,
6,8,11

---

**R**

Racebrook
7:1
Railroad
8:8
real
8:3
Rebibo
2:13 5:23,24
received
4:13
recognition
4:1
record
4:10,13 5:19
6:24 7:6,7
10:22 12:10,
17 13:13,14,
23
recorded
4:9
recourse
9:17
recover
7:21
refer
2:19,21,24
3:3,9 4:16
6:10 7:16
8:6,9,11,14,
20 9:20,22
10:17 11:5,
10,12 12:23
registration
10:9,12
Reimer
2:1,16 3:5

Auction
June 14, 2022

| | | | |
|---|---|---|---|
| 6:4 | | single | Support |
| **related** | **S** | 9:10 | 7:5 |
| 4:2 7:25 | | **snap** | **Supreme** |
| 13:11 | **sale** | 2:3 | 3:17 |
| **relating** | 2:17 6:11,12 | **sold** | **system** |
| 3:1 | 7:11 9:5,16, | 9:10 10:7 | 4:22 |
| **relevant** | 24,25 10:4 | **Sole** | |
| 12:4 | 11:4,9,10, | 4:14 | **T** |
| **remain** | 11,13,16,20, | **speak** | |
| 5:17 | 22 12:7,13, | 5:18 | **taking** |
| **remains** | 21,24,25 | **start** | 8:11,12,18 |
| 9:7 | 13:10,18,25 | 4:21 | 9:7 |
| **remedies** | **Schedule** | **state** | **terms** |
| 10:25 | 12:1 | 2:19 5:18 | 7:21 10:4 |
| **representatio** | **Second** | **Statement** | 11:11,12,16, |
| **n** | 10:2 11:11 | 10:4 11:18, | 20 12:7 |
| 9:13,17 | **Section** | 25 | **Thank** |
| **representativ** | 3:13,20 | **statements** | 6:4 |
| **e** | 11:25 12:11 | 4:10 | **thereto** |
| 5:4,9,14,21 | 13:16 | **States** | 9:1 11:13 |
| 6:3,17 | **Sections** | 8:13 | 12:1,8 |
| **representativ** | 11:2 | **Station** | **things** |
| **es** | **secured** | 2:22 4:14 | 2:6 |
| 5:2,7,16 | 3:10,23 4:14 | 8:4 | **third** |
| **representing** | 5:12,14,15, | **stenographer** | 13:20 |
| 3:1 | 21 6:1,2,11, | 4:11 5:5,10 | **thought** |
| **required** | 18,20 7:12, | 7:4 10:20 | 2:7 |
| 10:2,4 11:19 | 15,20,22 | 12:9,16 | **time** |
| **reservation** | 8:19 9:12,18 | 13:12,22 | 3:3,12 5:20 |
| 11:4 | 10:15,23 | **steps** | **times** |
| **respect** | 11:19 12:12, | 3:16 4:7 | 3:9 4:16 |
| 6:12 | 20 | **Stewart** | 8:12,15,20 |
| **Rexmark** | **securities** | 6:22 | 11:5 13:5 |
| 2:12,13 5:25 | 9:20,21,22, | **Street** | **Title** |
| 6:19,21 | 25 10:1,9,10 | 3:18 | 8:7 |
| **rights** | **sending** | **Stuart** | **today's** |
| 2:25 11:5 | 10:25 | 2:10 | 3:11 4:22 |
| **roll** | **senior** | **subject** | 5:11,16 6:3, |
| 2:3 | 6:20 | 9:7 | 6,13 7:8 9:2 |
| **room** | **serving** | **submit** | 10:22 12:10, |
| 2:4 3:22 4:9 | 6:10 | 11:20 | 17,19 13:14, |
| **run** | **seven** | **successful** | 23 |
| 7:9 | 13:5 | 11:23 | **transcribed** |
| | **several** | **suggesting** | 4:11 |
| | 12:22 | 2:2 | **transcript** |
| | **signal** | **summary** | 7:7 |
| | 5:18 | 12:3 | |

Auction
June 14, 2022

**Transfer**
11:24
**transferred**
10:8
**trust**
3:9
**trustee**
3:7

**U**

**U.S.**
7:4
**UCC**
2:20 3:20
7:12 9:3,24
11:2,4,9,25
13:17
**Uniform**
2:18
**Union**
2:22 4:14
8:3
**unit**
9:11
**United**
8:13
**unregistered**
9:19

**V**

**vested**
8:7
**vice**
6:14,20
**video**
2:1
**videoconferen**
**ce**
4:5,8,12
**virtual**
4:3
**virtually**
4:8

**W**

**Wakefield**
2:9,14 6:9
**want**
2:16 6:24
**warranty**
9:13,18
**Washington**
8:3,5 13:8
**widely**
12:19

**Y**

**York**
2:19 3:16,
18,25 13:5