# REBIBO EXHIBIT JJ-5



Δ π EXHIBIT 5
Deponent: Auction
Date: 6/14/22  Rptr. MEC
WWW.DEPOBOOK.COM

# Exhibit 5

(6/13/22 Notice Providing Copies of All Published Sale Notices)

**KTB CRE DEBT FUND NO. 8, A KOREAN INVESTMENT TRUST**
c/o Rexmark Holdings LLC
295 Madison Avenue, Suite 1200
New York, New York 10017

June 13, 2022

<u>VIA HAND DELIVERY, FAX AND EMAIL</u>

Union Station Sole Member LLC
c/o Ashkenazy Acquisition Corp.
600 Madison Ave., 15th Floor
New York, New York 10022
Attention: Ben Ashkenazy

Kriss & Feuerstein LLP
360 Lexington Avenue
New York, New York 10017
Attention: David Kriss, Esq.
E-mail: dkriss@kandfllp.com
Fax: 646-454-4166

**NOTICE OF DISPOSITION OF COLLATERAL VIA A PUBLIC FORECLOSURE SALE UNDER ARTICLE 9 OF THE UNIFORM COMMERCIAL CODE**

| | | |
|---|---|---|
| Re: | Borrower: | Union Station Sole Member, LLC, a Delaware limited liability company ("Borrower") |
| | Loan Description: | Mezzanine loan in the original principal amount of $100,000,000 (the "Loan") made by Kookmin Bank Co., LTD., as Trustee of KTB CRE Debt Fund No.8, a Korean investment trust ("Lender"), to Borrower, as evidenced, *inter alia*, by the Mezzanine Loan Agreement dated as of May 8, 2018, as modified by that certain First Modification of Mezzanine Loan Agreement and Forbearance dated as of July 8, 2020 (as amended, modified and/or restated from time to time, the "Loan Agreement"), and certain other Loan Documents |
| | Collateral: | 100% of the limited liability company membership interests in Union Station Investco LLC, a Delaware limited liability company, together with certain rights and property representing, relating to, or arising from such membership interests, all as more fully described in that certain Pledge and Security Agreement dated as of May 8, 2018 (collectively, the "Collateral") |

748272611.1

June 13, 2022
Page 2

Dear Sirs:

Reference is made to: (a) the captioned Loan and Loan Documents, including that certain Pledge and Security Agreement, dated as of May 18, 2018; (b) the cover letter dated May 13, 2022 together with the UCC Public Sale Notice and Terms of Sale attached thereto (the "5/13/22 Notice"); and (c) the letter dated June 6, 2022 (the "6/6/22 Notice") providing additional notice of the Foreclosure Sale and a copy of the "as published" version of the UCC Public Sale notice as it appeared in the June 3, 2022 edition of the *Commercial Mortgage Alert* (the "CMA"). Lender is the holder of the Note and owner of the Loan, which is further evidenced and governed by the Loan Agreement. Capitalized terms used but not defined in this notice have the meanings given to them in the Loan Agreement or the 6/6/22 Notice.

In addition to the copy of the advertisement of the UCC Public Sale Notice that appeared in the CMA on June 3, 2022 that was provided to you in the 6/6/22 Notice, enclosed herein please find copies of the Affidavit of Publication of such advertisement by the CMA, together with copies of the UCC Public Sale notice as it was published and appeared in, respectively, the *Washington Post* on June 9, 2022 and for seven consecutive days in *The New York Times* on June 6, 2022 through June 12, 2022, including proofs of publication from those newspapers.

Please direct any inquiries regarding the Loan to Michael Rebibo of Rexmark Holdings LLC, which is acting as agent on behalf of Lender at (212) 575-0047 or Mrebibo@rexmark.com.

Very truly yours,

KTB CRE Debt Fund No. 8, a Korean investment trust

By: Rexmark Holdings LLC, its authorized
representative

By: _____
Name: Michael Rebibo
Title: Managing Principal

Enclosures
cc (each with all Enclosures)

Ben Ashkenazy
995 5th Avenue, 14th Floor
New York, New York 10028
**VIA Hand Delivery by Messenger**

Union Station Investco LLC
c/o Ashkenazy Acquisition Corp.
600 Madison Ave., 15th Floor
New York, NY 10022-1761
**VIA Hand Delivery by Messenger**

748272611.1

June 13, 2022
Page 3

KTB CRE Debt Fund No. 8
c/o Daol Asset Management Co., Ltd.
28FL, Post Tower, 60 Yeouinaru-ro
Yeongdeungpo-gu, Seoul 07328, Korea
Attention: Jaesang Eum
VIA E-mail: jaesang.eum@i-ktb.com

Kookmin Bank Co. Ltd.
10 fl, Sewoo Bldg., 115, Yeouigongwon-ro
Yeongdeungpo-gu, Seoul, Korea 07241
Attn: Jean Moon
VIA E-mail: aco.kbg@kbfg.com

Mayer Brown LLP
1221 Avenue of Americas
New York, New York 10022
Attention: David M. Stewart, Esq.
VIA E-mail: dstewart@mayerbrown.com

748272611.1

 

AFFIDAVIT

STATE OF NEW JERSEY

COUNTY OF HUDSON

I, Mary Romano, being duly sworn, depose and say that I am the Advertising Sales Director of the Publisher of COMMERCIAL MORTGAGE ALERT, a weekly newsletter published and circulated in the United States, and that the Notice of Public Sale of Collateral attached to this Affidavit has been published in COMMERCIAL MORTGAGE ALERT for national distribution on page 4, June 3, 2022; advertiser: Cushman & Wakefield on behalf of Union Station and that the foregoing statements are true and correct to the best of my knowledge.

*Mary Romano*

Mary Romano

Green Street
5 Marine View Plaza, Suite 400, Hoboken, NJ 07030
T 201.659.1700  F 201.659.4141

WWW.GREENSTREET.COM

June 3, 2022     **Commercial Mortgage** ALERT     4

## UCC PUBLIC SALE NOTICE

PLEASE TAKE NOTICE THAT Kookmin Bank Co., Ltd., as trustee of KTB CRE Debt Fund No.8, a Korean investment trust ("Secured Party"), will offer for sale at public auction all right, title, and interest of Union Station Sole Member LLC, a Delaware limited liability company (the "Debtor"), in one hundred percent (100%) of the limited liability company membership interests (the "Membership Interests") in Union Station Investco LLC, a Delaware limited liability company (the "Pledged Entity"), whose principal asset was formerly the leasehold interest in the real property commonly known as Washington Union Station, which is located at 40-50 Massachusetts Avenue, NE, Washington, District of Columbia 20002 (the "Property"), which title to the leasehold interest has vested in the National Railroad Passenger Corporation ("Amtrak") by the Declaration of Taking filed by Amtrak in the United States District Court for the District of Columbia on April 14, 2022, Case 1:22-cv-01043 (the "Taking", together with certain rights and property representing, relating to, or arising from the Membership Interests (collectively, the "Collateral").

Based upon information provided by Debtor and its affiliates, it is the understanding of Secured Party (but without any recourse to, or representation or warranty of any kind by Secured Party as to the accuracy or completeness) that: (i) the Collateral constitutes the principal asset of Debtor; (ii) the Collateral secures payment of a mezzanine loan in the original amount of $100,000,000 made by Secured Party to Debtor (the "Mezzanine Loan"), for which events of default have occurred, are continuing and all indebtedness due thereunder has been accelerated by Secured Party; (iii) the Pledged Entity is the borrower under a loan (the "Mortgage Loan") in the original principal amount of $330,000,000 that is or, due to the Taking, was formerly, secured by a first priority mortgage on the Property; (iv) the Property is a transportation hub consisting of approximately 417,981 square feet of gross leasable area and is commonly known as Washington Union Station; and (v) the Mezzanine Loan and the Mortgage Loan each have a scheduled maturity date of May 9, 2028. The Collateral also is subject to the governing documents of the Pledged Entity (including its operating agreement).

In compliance with New York Uniform Commercial Code Section 9-610 (the "UCC"), the sale of the Collateral (the "Sale") has been scheduled to take place on June 14, 2022 at 11:00 a.m. Eastern Time (the "Auction Date"). The Sale will be conducted on the Auction Date on the front steps of the New York County Supreme Court Building, located at 60 Centre Street, New York, NY 10007, and at the offices of Mayer Brown LLP, located at 1221 Avenue of the Americas, 12th Floor, New York, New York 10020-1001, and also will be broadcast for remote participation via a virtual videoconference. The URL address and password to attend the auction virtually will be provided to all registered participants.

The Collateral is being offered as a single lot, "as-is, where-is", with no express or implied warranties, representations, statements or conditions of any kind made by the Secured Party or any person acting for or on behalf of the Secured Party, without any recourse whatsoever to the Secured Party or any other person acting for or on behalf of the Secured Party and each bidder must make as own inquiry regarding the Collateral. The Secured Party reserves the right to (i) credit bid, (ii) set a minimum reserve price, (iii) reject all bids (including without limitation any bid that it deems to have been made by a bidder that is unable to satisfy the requirements imposed by the Secured Party upon prospective bidders in connection with the sale or to whom in the Secured Party's sole judgment a sale may not lawfully be made) and terminate or adjourn the sale to another time, without further publication or notice; (iv) accept a lower bid if the bid is on terms Secured Party determines is more favorable to Secured Party or is from a bidder that, in Secured Party's determination, offers a more certain likelihood of execution; (v) sell the Collateral at a subsequent public or private sale; and (vi) impose any other commercially reasonable conditions upon the sale of the Collateral as the Secured Party may deem proper. All bids (other than credit bids of Secured Party) must be for cash with no financing conditions and the successful bidder must deliver immediately available good funds (1) for the Required Deposit (as defined in the Terms of Sale) on the date of the Sale, and (2) for the balance 2 of the purchase price for the Collateral on the closing date prescribed by the Terms of Sale. The winning bidder must pay all transfer taxes, stamp duties and similar taxes incurred in connection with the purchase of the Collateral.

PLEASE TAKE NOTICE that there are specific requirements for any potential bidder in connection with obtaining information, bidding on the Collateral and purchasing the Collateral (collectively, the "Requirements"), including without limitation: each prospective bidder (other than the Secured Party or its affiliate) will be required to represent in writing to the Secured Party that such bidder (i) is acquiring the Collateral for investment purposes, solely for the purchaser's own account and not with a view to distribution or resale of the Collateral; (ii) has sufficient knowledge and experience in financial and business matters so as to be capable of evaluating the merits and risks of investment and has sufficient financial means to afford the risk of investment in the Collateral; (iii) will not resell or otherwise hypothecate the Collateral without a valid registration under applicable federal or state laws, including, without limitation, the Securities Act of 1933, as amended (the "Securities Act"), or an available exemption therefrom; provided that the Secured Party reserves the right to verify that each certificate for the limited liability company interests to be sold bears a legend substantially to the effect that such interests have not been registered under the Securities Act and to impose such other limitations or conditions in connection with the sale of the Collateral as the Secured Party deems necessary or advisable in order to comply with the Securities Act or any other applicable law; (iv) will purchase the Collateral in compliance with all applicable federal and state laws; (v) will comply with the requirements applicable to the sale of the Collateral as set forth in Section 5 of the Intercreditor Agreement dated as of May 8, 2018 (as amended, modified, restated or supplemented from time to time, the "ICA"), including, but not limited to, that such bidder must be a "Qualified Transferee" and deliver, or cause to be delivered, to the "Senior Lender", all agreements and documentation as required under the ICA in connection with a "Realization Event", including, without limitation, the "Third Party Agreements" from a "Supplemental Third Party Obligor" (as such terms are defined in the ICA); (vi) will comply with the Pledged Entity's governing documents and the documents governing the Loan Documents; and (vii) will comply with the other qualifications and requirements (including but not limited to the Terms of Sale for Public Auction relating to the sale of the Collateral (the "Terms of Sale")). Meeting any requirements of the foregoing shall be at the sole responsibility, risk, cost, and expense of a prospective bidder.

An online data site for the Sale is available at: https://rimadietplace.com/listing/460/-100-million-mezzanine-loan-ucc-public-sale (the "Datasite"), which will include certain information that Secured Party possesses concerning the Pledged Entity, the ICA, the Mortgage Loan, the Mezzanine Loan, and the Property (collectively, the "Disclosed Materials"), as well as the Terms of Sale. Access to such information will be conditioned, at a minimum, upon execution of a confidentiality agreement that can be found on the Datasite. To participate in the auction, prospective bidders must confirm their ability to satisfy the Requirements in the manner described in the Terms of Sale, and following such confirmation, such qualified participants will be provided a URL and password enabling access to the video conference for the Sale. No information provided, whether in the Datasite or otherwise, shall constitute a representation or warranty of any kind with respect to such information, the Collateral or the Sale. Participants are encouraged to review all Disclosed Materials and perform such due diligence as they deem necessary in advance of the Sale.

Questions may be directed to David Domos at +1 202-463-1364 or Dave.Domos@cushwake.com, Sean Hayes at +1 202-266-1160 or Sean.Hayes@cushwake.com, and Chris McGlone at +1 202-266-1171 or Chris.McGlone@cushwake.com.

## Debt Sought For Redevelopment Play

A pair of investors are in talks to line up some $90 million of financing to back the planned purchase of a former newspaper printing facility outside Philadelphia.

**CBRE Investment Management** and **DH Property Holdings** are seeking the debt via **Walker & Dunlop**. The loan likely would carry a floating rate and run about two years.

The collateral is a sprawling 47-acre campus in King of Prussia, Pa. The property, at 800 River Road, previously was the primary printing facility for the **Philadelphia Inquirer**. A 681,000-sf building housed the Inquirer's printing presses for three decades.

The newspaper sold the property to local developer **J. Brian O'Neill's MLP Ventures** for $37 million early last year as it outsourced printing operations. It's unclear whether MLP would remain in the ownership group.

MLP had planned to redevelop the property for the life-science sector, though early discussions also included the possibility of a warehouse facility. New York-based DH Property and CBRE Investment likely will take the latter route. The plan could involve demolishing the existing building and developing the site as a distribution center. Some portion of the new loan likely would go toward preliminary development work, with the rest earmarked to finance the acquisition.

The property runs alongside the Schuylkill River 13 miles northwest of Center City Philadelphia. It's near Interstates 76, 276 and 476, all of which connect to Interstate 95. ❖

## Insurer Inks Loan On Chicago Rentals

**American National Insurance** has written a $55 million mortgage on a new luxury apartment building in Chicago.

The fixed-rate loan is backed by a 198-unit property called Avra West Loop, at 1125 West Van Buren Street, that Chicago-based **Tandem** completed last year. The developer will use the loan proceeds to pay off construction debt.

The mortgage has a three-year term with two one-year extension options. American National, a Galveston, Texas-based life insurer, closed on the interest-only financing package on April 29. **Bellwether Enterprise Real Estate Capital** of Cleveland brokered the loan for Tandem.

The 20-story building, in the West Loop neighborhood, has studio to three-bedroom units with floor-to-ceiling windows, washer/dryers, smart thermostats and keyless entries. Some apartments have 12-foot ceilings. Amenities include a 24-hour fitness center, co-working space, a dog run and a 3,000-sf rooftop terrace with fire pits and grills.

The apartments are almost fully occupied. Rents for available units range from $1,850 for studios to $4,600 for 3-bedroom apartments.

The building has 1,500 sf of ground-floor space available for retail or office use, along with storage space for 200 bicycles.

The property is across the street from a **Target** and near two commuter rail stops. Tandem is developing another apartment building nearby, at 1044 West Van Buren Street, for which it recently secured construction financing. ❖

This publication is intended for use by Maria Regan at Mayer Brown (NA).
It may not be copied or disseminated to others without written permission.

Ad # 12385616    Name CUSHMAN & WAKEFIELD ATTN: ACCOUNTS PAYA    Size 286 Lines    W0004
Class 840   PO#    Authorized by    Account 1010045065

PROOF OF PUBLICATION

District of Columbia, ss., Personally appeared before me, a Notary Public in and for the said District, Bonnie Majdak well known to me to be ACCOUNTING SPECIALIST of The Washington Post, and making oath in due form of law that an advertisement containing the language annexed hereto was published in said newspaper on the dates mentioned in the certificate herein.

I Hereby Certify that the attached advertisement was published in The Washington Post, a daily newspaper, upon the following dates, and was circulated in the Washington metropolitan area including specifically the following counties and independent cities: District of Columbia; in Maryland: Allegany, Anne Arundel, Baltimore (Independent City), Baltimore, Calvert, Caroline, Carroll, Charles, Dorchester, Frederick, Garrett, Harford, Howard, Kent, Montgomery, Prince George's, Queen Anne's, St. Mary's, Somerset, Talbot, Washington, Wicomico, Worcester. In Virginia: Accomack, Albemarle, Alexandria (Independent City), Arlington, Augusta, Bath, Caroline, Charlottesville (Independent City), Chesapeake (Independent City), Chesterfield, Clarke, Colonial Heights (Independent City), Culpeper, Danville (Independent City), Essex, Fairfax (Independent City), Fairfax, Falls Church (Independent City), Fauquier, Fluvanna, Frederick, Fredericksburg (Independent City), Gloucester, Greene, Hampton (Independent City), Hanover, Harrisonburg (Independent City), Henrico, Hopewell (Independent City), Isle of Wight, King George, Lancaster, Lexington (Independent City), Loudoun, Louisa, Lynchburg (Independent City), Madison, Manassas (Independent City), Manassas Park (Independent City), Nelson, Newport News (Independent City), Norfolk (Independent City), Northumberland, Orange, Page, Petersburg (Independent City), Portsmouth (Independent City), Prince Edward, Prince George, Prince William, Radford (Independent City), Rappahannock, Richmond (Independent City), Richmond, Roanoke (Independent City), Rockingham, Shenandoah, Spotsylvania, Stafford, Staunton (Independent City), Suffolk (Independent City), Virginia Beach (Independent City), Warren, Waynesboro (Independent City), Westmoreland, Williamsburg (Independent City), Winchester (Independent City), York.

Published 1 time(s). Date(s):09 of June 2022

Account 1010045065

Witness my hand and official seal this 9th day of June 20 22

My commission expires 11/30/26

---

UCC PUBLIC SALE NOTICE PLEASE TAKE NOTICE THAT Kookmin Bank Co., Ltd., as trustee of KTB CRE Debt Fund No.8, a Korean investment trust ("Secured Party"), will offer for sale at public auction all right, title, and interest of Union Station Sole Member LLC, a Delaware limited liability company (the "Debtor"), in one hundred percent (100%) of the limited liability company membership interests

(the "Membership Interests") in Union Station Investco LLC, a Delaware limited liability company (the "Pledged Entity"), whose principal asset was formerly the leasehold interest in the real property commonly known as Washington Union Station, which is located at 40-50 Massachusetts Avenue,

NE, Washington, District of Columbia 20002 (the "Property"), which title to the leasehold interest

has vested in the National Railroad Passenger Corporation ("Amtrak") by the Declaration of Taking filed by Amtrak in the United States District Court for the District of Columbia on April 14, 2022,

Case 1:22-cv-01043 (the "Taking"), together with certain rights and property representing, relating

to, or arising from the Membership Interests (collectively, the "Collateral"). Based upon information provided by Debtor and its affiliates, it is the understanding of Secured Party (but

Ad # 12385616    Name CUSHMAN & WAKEFIELD ATTN: ACCOUNTS PAYA    Size 286 Lines    W0005
Class 840  PO#                 Authorized by                                      Account 1010045065

without any recourse to, or representation or warranty of any kind by Secured Party as to the accuracy or completeness) that: (i) the Collateral constitutes the principal asset of Debtor; (ii) the Collateral secures payment of a mezzanine loan in the original amount of $100,000,000 made by Secured Party to Debtor (the #Mezzanine Loan"), for which events of default have occurred, are continuing and all indebtedness due thereunder has been accelerated by Secured Party; (iii) the Pledged Entity is the borrower under a loan (the #Mortgage Loan") in the original principal amount of $330,000,000 that is or, due to the Taking, was formerly, secured by a first priority mortgage on the Property; (iv) the Property is a transportation hub consisting of approximately 417,981 square feet of gross leasable area and is commonly known as Washington Union Station; and (v) the Mezzanine Loan and the Mortgage Loan each have a scheduled maturity date of May 9, 2028. The Collateral also is subject to the governing documents of the Pledged Entity (including its operating agreement). In compliance with New York Uniform Commercial Code Section 9-610 (the #UCC"), the sale of the Collateral (the #Sale") has been scheduled to take place on June 14, 2022 at 11:00 a.m. Eastern Time (the #Auction Date"). The Sale will be conducted on the Auction Date on the front steps of the New York County Supreme Court Building, located at 60 Centre Street, New York, NY 10007, and at the offices of Mayer Brown LLP, located at 1221 Avenue of the Americas, 12th Floor, New York, New York 10020-1001, and also will be broadcast for remote participation via a virtual videoconference. The URL address and password to attend the auction virtually will be provided to all registered participants. The Collateral is being offered as a single lot, #as-is, where-is", with no express or implied warranties, representations, statements or conditions of any kind made by the Secured Party or any person acting for or on behalf of the Secured Party, without any recourse whatsoever to the Secured Party or any other person acting for or on behalf of the Secured Party and each bidder must make its own inquiry regarding the Collateral. The Secured Party reserves the right to (i) credit bid; (ii) set a minimum reserve price; (iii) reject all bids (including without limitation any bid that it deems to have been made by a bidder that is unable to satisfy the requirements imposed by the Secured Party upon prospective bidders in connection with the sale or to whom in the Secured Party's sole judgment a sale may not lawfully be made) and terminate or adjourn the sale to another time, without further publication or notice; (iv) accept a lower bid if the bid is on terms Secured Party determines is more favorable to Secured Party or is from a bidder that, in Secured Party's determination, offers a more certain likelihood of execution; (v) sell the Collateral at a subsequent public or private sale; and (vi) impose any other commercially reasonable conditions upon the sale of the Collateral as the Secured Party may deem proper. All bids (other than credit bids of Secured Party) must be for cash with no financing conditions and the successful bidder must deliver immediately available good funds (1) for the Required Deposit (as defined in the Terms of Sale) on the date of the Sale, and (2) for the balance 2 of the purchase price for the Collateral on the closing date prescribed by the Terms of Sale. The winning bidder must pay all transfer taxes, stamp duties and similar taxes incurred in connection with the purchase of the Collateral. PLEASE TAKE

```
Ad # 12385616      Name CUSHMAN & WAKEFIELD ATTN: ACCOUNTS PAYA    Size 206 Lines              W0006
Class 840   PO#                  Authorized by                                        Account 1010045065
```

NOTICE that there are specific requirements for any potential bidder in connection with obtaining information, bidding on the Collateral and purchasing the Collateral (collectively, the #Requirements"), including without limitation: each prospective bidder (other than the Secured Party or its affiliate) will be required to represent in writing to the Secured Party that such bidder (i) is acquiring the Collateral for investment purposes, solely for the purchaser's own account and not with a view to distribution or resale of the Collateral; (ii) has sufficient knowledge and experience in financial and business matters so as to be capable of evaluating the merits and risks of investment and has sufficient financial means to afford the risk of investment in the Collateral; (iii) will not resell or otherwise hypothecate the Collateral without a valid registration under applicable federal or state laws, including, without limitation, the Securities Act of 1933, as amended (the #Securities Act"), or an available exemption therefrom; provided that the Secured Party reserves the right to verify that each certificate for the limited liability company interests to be sold bears a legend substantially to the effect that such interests have not been registered under the Securities Act and to impose such other limitations or conditions in connection with the sale of the Collateral as the Secured Party deems necessary or advisable in order to comply with the Securities Act or any other applicable law; (iv) will purchase the Collateral in compliance with all applicable federal and state laws; (v) will comply with the requirements applicable to the sale of the Collateral as set forth in Section 5 of the Intercreditor Agreement dated as of May 8, 2018 (as amended, modified, restated or supplemented from time to time, the #ICA"), including, but not limited to, that such bidder must be a #Qualified Transferee" and deliver, or cause to be delivered, to the #Senior Lender", all agreements and documentation as required under the ICA in connection with a #Realization Event", including, without limitation, the #Third Party Agreements" from a #Supplemental Third Party Obligor" (as such terms are defined in the ICA); (vi) will comply with the Pledged Entity's governing documents and the documents governing the Loan Documents; and (vii) will comply with the other qualifications and requirements (including but not limited to the Terms of Sale for Public Auction relating to the sale of the Collateral (the #Terms of Sale")). Meeting any requirements of the foregoing shall be at the sole responsibility, risk, cost, and expense of a prospective bidder. An online data site for the Sale is available at: https://rimarketplace.com/listing/469/-100-million-mezzanine-loan-ucc-public-sale (the #Datasite"), which will include certain information that Secured Party possesses concerning the Pledged Entity, the ICA, the Mortgage Loan, the Mezzanine Loan, and the Property (collectively, the #Disclosed Materials"), as well as the Terms of Sale. Access to such information will be conditioned, at a minimum, upon execution of a confidentiality agreement that can be found on the Datasite. To participate in the auction, prospective bidders must confirm their ability to satisfy the Requirements in the manner described in the Terms of Sale, and following such confirmation, such qualified participants will be provided a URL and password enabling access to the video conference for the Sale. No information provided, whether in the Datasite or otherwise, shall constitute a representation or warranty of any kind with

```
Ad # 12385616      Name CUSHMAN & WAKEFIELD ATTN: ACCOUNTS PAYA    Size 286 Lines              W0007
Class 840    PO#              Authorized by                          Account 1010045065
```

respect to such information, the Collateral or the Sale. Participants are encouraged to review all

Disclosed Materials and perform such due diligence as they deem necessary in advance of the Sale. Questions may be directed to David Dorros at +1 202-463-1364 or Dave.Dorros@cushwake.com, Sean Hayes
at +1 202-266-1166 or Sean.Hayes@cushwake.com, and Chris McGlone at +1 202-266-1171 or Chris.McGlone@cushwake.com. June 9, 2022
12385616

### UCC PUBLIC SALE NOTICE

PLEASE TAKE NOTICE that Kookmin Bank Co., Ltd., as trustee of KTB CRE Debt Fund No.8, a Korean investment trust ("Secured Party"), will offer for sale at public auction all right, title, and interest of Union Station Sole Member LLC, a Delaware limited liability company (the "Debtor"), in and to one hundred percent (100%) of the limited liability company membership interests (the "Membership Interests") in Union Station Investco LLC, a Delaware limited liability company (the "Pledged Entity"), whose principal asset was formerly the leasehold interest in the real property commonly known as Washington Union Station, which is located at 40-50 Massachusetts Avenue, NE, Washington, District of Columbia 20002 (the "Property"), which title to the leasehold interest has vested in the National Railroad Passenger Corporation ("Amtrak") by the Declaration of Taking filed by Amtrak in the United States District Court for the District of Columbia on April 14, 2022, Case 1:22-cv-01043 (the "Taking"), together with certain rights and property representing, relating to, or arising from the Membership Interests (collectively, the "Collateral").

Based upon information provided by Debtor and its affiliates, it is the understanding of Secured Party that without any recourse to, or representation or warranty of any kind by Secured Party as to the accuracy or completeness that: (i) the Collateral constitutes the principal asset of Debtor; (ii) the Collateral secures payment of a mezzanine loan in the original amount of $100,000,000 made by Secured Party to Debtor (the "Mezzanine Loan"), of which events of default have occurred, are continuing and all indebtedness due thereunder has been accelerated by Secured Party; (iii) the Pledged Entity is the borrower under a loan (the "Mortgage Loan") in the original principal amount of $330,000,000 that is of, due to the Taking, was formerly secured by a first priority mortgage on the Property; (iv) the Property is a transportation hub consisting of approximately 417,931 square feet of gross leasable area and is commonly known as Washington Union Station; and (v) the Mezzanine Loan and the Mortgage Loan each have a scheduled maturity date of May 9, 2022. The Collateral also is subject to the governing documents of the Pledged Entity (including its operating agreement).

In compliance with New York Uniform Commercial Code Section 9-610 (the "UCC"), the sale of the Collateral (the "Sale") has been scheduled to take place on June 14, 2022 at 11:00 a.m. Eastern Time (the "Auction Date"). The Sale will be conducted on the Auction Date on the front steps of the New York County Supreme Court Building, located at 60 Centre Street, New York, NY 10007, and at the offices of Mayer Brown LLP located at 1221 Avenue of the Americas, 12th Floor, New York, New York 10020-1001, and also will be broadcast for remote participation via a virtual videoconference. The URL address and password to attend the auction virtually will be provided to all registered participants.

The Collateral is being offered as a single lot, "as-is, where-is", with no express or implied warranties, representations, statements or conditions of any kind made by the Secured Party or any person acting for or on behalf of the Secured Party, without any recourse whatsoever to the Secured Party or any other person acting for or on behalf of the Secured Party and each bidder must make its own inquiry regarding the Collateral. The Secured Party reserves the right to (i) credit bid; (ii) set a minimum reserve price; (iii) reject all bids (including without limitation any bid that it deems to have been made by a bidder that is unable to satisfy the requirements imposed by the Secured Party upon prospective bidders in connection with the sale or to whom in the Secured Party's sole judgment a sale may not lawfully be made) and terminate or adjourn the sale to another time, without further publication or notice; (iv) accept a lower bid if the bid is on terms Secured Party determines is more favorable to Secured Party or is from a bidder that, in Secured Party's determination, offers a more certain likelihood of execution; (v) sell the Collateral at a subsequent public or private sale; and (vi) impose any other commercially reasonable conditions upon the sale of the Collateral as the Secured Party may deem proper. All bids (other than credit bids of Secured Party) must be for cash with no financing conditions and the successful bidder must deliver immediately available good funds (1) for the Required Deposit (as defined in the Terms of Sale) on the date of the Sale, and (2) for the balance 2 of the purchase price for the Collateral on the closing date prescribed by the Terms of Sale. The winning bidder must pay all transfer taxes, stamp duties and similar taxes incurred in connection with the purchase of the Collateral.

PLEASE TAKE NOTICE that there are specific requirements for any potential bidder in connection with obtaining information, bidding on the Collateral and purchasing the Collateral (collectively, the "Requirements"), including without limitation each prospective bidder (other than the Secured Party or its affiliate) will be required to represent in writing to the Secured Party that such bidder (i) is acquiring the Collateral for investment purposes, solely for the purchaser's own account and not with a view to distribution or resale of the Collateral; (ii) has sufficient knowledge and experience in financial and business matters so as to be capable of evaluating the merits and risks of investment and has sufficient financial means to afford the risk of investment in the Collateral; (iii) will not resell or otherwise hypothecate the Collateral without a valid registration under applicable federal or state laws, including, without limitation, the Securities Act of 1933, as amended (the "Securities Act"), or an available exemption therefrom, provided that the Secured Party reserves the right to verify that each certificate for the limited liability company interests to be sold bears a legend substantially to the effect that such interests have not been registered under the Securities Act and to impose such other limitations or conditions in connection with the sale of the Collateral as the Secured Party deems necessary or advisable in order to comply with the Securities Act or any other applicable law; (iv) will purchase the Collateral in compliance with all applicable federal and state laws; (v) will comply with the requirements applicable to the sale of the Collateral as set forth in Section 5 of the Intercreditor Agreement dated as of May 8, 2018 (as amended, modified, restated or supplemented from time to time, the "ICA", including but not limited to, that such bidder must be a "Qualified Transferee" and deliver, or cause to be delivered, to the "Senior Lender" all agreements and documentation as required under the ICA in connection with a "Realization Event", including, without limitation, the Third Party Agreements from a "Supplemental Third Party Obligor" (as such terms are defined in the ICA); (vi) will comply with the Pledged Entity's governing documents and the documents governing the Loan Documents; and (vii) will comply with the other qualifications and requirements, including but not limited to the Terms of Sale for Public Auction relating to the sale of the Collateral (the "Terms of Sale"). Meeting any requirements of the foregoing shall be at the sole responsibility, risk, cost, and expense of a prospective bidder.

An online data site for the Sale is available at https://rimarketplace.com/listing/ae9l-100-million-mezzanine-loan-ucc-public-sale (the "Datasite"), which will include certain information that Secured Party possesses concerning the Pledged Entity, the ICA, the Mortgage Loan, the Mezzanine Loan, and the Property (collectively, the "Disclosed Materials"), as well as the Terms of Sale. Access to such information will be conditioned, at a minimum, upon execution of a confidentiality agreement that can be found on the Datasite. To participate in the auction, prospective bidders must confirm their ability to satisfy the Requirements in the manner described in the Terms of Sale, and following such confirmation, such qualified participants will be provided a URL and password enabling access to the video conference for the Sale. No information provided, whether in the Datasite or otherwise, shall constitute a representation or warranty of any kind with respect to such information. The Collateral or the Sale Participants are encouraged to review all Disclosed Materials and perform such due diligence as they deem necessary in advance of the Sale.

Questions may be directed to David Dorros at +1 202-463-1364 or Dave.Dorros@cushwake.com, Sean Hayes at +1 202-266-1166 or Sean.Hayes@cushwake.com, and Chris McGlone at +1 202-266-1171 or Chris.McGlone@cushwake.com.

June 9, 2022                                                12335616

CMYK Nxxx,2022-06-06,B,002,Bs-4C,E1

THE NEW YORK TIMES BUSINESS MONDAY, JUNE 6, 2022

CRYPTOCURRENCY | TECHNOLOGY

# Thefts, Fraud and Lawsuits at World's Biggest NFT Marketplace

**'Like every tech company, there's a period where you're catching up.'**

## *Apple Lays Groundwork for Its First V.R. Headset*



K Nxxx,2022-06-07,B,003,Bs-BW,E1

THE NEW YORK TIMES BUSINESS TUESDAY, JUNE 7, 2022

INTERNATIONAL | TECHNOLOGY

## Britain Tests Old Dream: A Workweek Of Four Days

By CHRISTINE HAUSER

## Apple Freshens Up iPhone With Software That Expands Uses

By TRIPP MICKLE and BRIAN X. CHEN



In a prerecorded message, Tim Cook, the chief executive of Apple, addressed a crowd at the company's annual developer conference on Monday.

## As 9 Ethics Board Members Resign, Axon Pauses Plans for a Taser Drone

By JESUS JIMÉNEZ



Board members said they felt that Axon pushed the drone "in a way the doesn't many of us as trading on the tragedy" of recent mass shootings.

Announcing a proposal weeks after an ethics board voted to halt its prototype.

CMYK  Nxxx,2022-06-08,B,005,Bs-4C,E1

THE NEW YORK TIMES BUSINESS WEDNESDAY JUNE 8, 2022    B5

TECHNOLOGY

# Phone Updates, Incremental and Overdue

You can now edit text messages on your iPhone and send high-resolution photos with your Android.

**Brian X. Chen**
TECH FIX



# Waiting to Be Wowed by Virtual Reality

Silicon Valley seems convinced we're blazing toward a 'metaverse' future. Yawn.

**On Tech**
By SHIRA OVIDE



K          Nxxx,2022-06-09,B,003,Bs-BW,E1

THE NEW YORK TIMES BUSINESS THURSDAY, JUNE 9, 2022          B3

## GOVERNMENT | SOCIAL MEDIA

## Expect 'Big Lawsuits,' Leader of F.T.C. Says

Lina Khan, critic of tech giants, discusses how she will use her new majority.

By CECILIA KANG



Lina Khan, the Federal Trade Commission chair, has chosen to shake up the agency but her record has lacked a signature action against the tech industry.

## Twitter Gives Musk Access To Its 'Firehose' of Tweets

## What Texas Gains With Investigation of Twitter



Nxxx,2022-06-10,B,003,Bs-BW,E1

THE NEW YORK TIMES BUSINESS FRIDAY, JUNE 10, 2022 · B3

GOVERNMENT | MEDIA

## Media Giant Picks Luminary From Univision As Sports Chief

*By BENJAMIN MULLIN and KEVIN DRAPER*

## Federal Inquiry Focuses on Wells Fargo's Hiring Practices

*By EMILY FLITTER*



## Disney Fires Its Head of TV Content, Who Was Seen as a Potential C.E.O.

*By BROOKS BARNES and JOHN KOBLIN*





THE NEW YORK TIMES BUSINESS SATURDAY, JUNE 11, 2022

ECONOMY | CURRENCY | REAL ESTATE | MEDIA



## 'Ugly' Inflation Report Jolts Hope of Prices Easing

The administration leans into a message of trust in the Fed.

## Median Rent in Manhattan Hits New High: $4,000 a Month

By ANNA P KAMBHAMPATY



An increase spurred by more people returning to the city.

## At Least 20 Million Watched Jan. 6 Hearing on Thursday

By JOHN KOBLIN

## U.S. Raises Concerns About Swiss Actions To Weaken the Franc

By ALAN RAPPEPORT

2    N. Y                                    THE NEW YORK TIMES, SUNDAY, JUNE 12, 2022

## WITH INTEREST

## What's Up
LAST WEEK'S ESSENTIAL NEWS

# 6/5



### More Scrutiny of Tesla
The National Highway Traffic Safety Administration announced on Thursday that it was ramping up an investigation into Tesla's Autopilot driver-assistance system, which uses cameras and other sensors to control vehicles with little input from drivers. The new engineering analysis is looking into whether Autopilot fails to keep drivers attentive on the road. It brings more intense scrutiny, covering 830,000 vehicles sold between 2014 and 2021 in the United States and involving all four Tesla models; it's also a necessary step before a recall can be ordered.

### CORRECTIONS
A highlighted quotation with an article last Sunday about California's housing crisis misstated South Wisner's role. He is a concerned stakeholder, not a former state senator.

An article May 29 about the role of Venus Squire in The New York City's economic recovery misstated the history of Times Square. It was one of the busiest headquarters of The New York Times. It was not the original one.

### Inflation Soars Again
Fresh inflation data dashed any hopes that price increases had begun to moderate. The Consumer Price Index rose 1 percent from April to May, much faster than the March-to-April rise, and monthly core inflation, which strips out volatile food and fuel prices, was 0.6 percent. Prices climbed 8.6 percent over the year through May, making talk of "peak inflation" appear moot. An index that measures the price of fuel consumed at home rose 11.9 percent from a year earlier, the largest increase in over 40 years.

### An Inquiry Into Wells Fargo
Wells Fargo is facing a criminal investigation by federal prosecutors in New York over whether its job interview practices violated federal laws. The New York Times reported in May that, according to current and former employees, the bank had been conducting fake interviews with minority and female candidates to appear to be diversifying its work force. In mid-2020, Wells Fargo adopted a "diverse slate" policy that requires at least half the candidates who interview for six-figure jobs to be members of a disadvantaged group. But some employees said the sham interviews had been going on long before then because of a similar unwritten policy, with candidates interviewing for jobs that had already been promised to others. A bank executive said she did not think the fake interviews were "a systematic issue."

### SO FAR THIS YEAR



**Stocks were down.**
S&P 500 INDEX: −18.2%



**Mortgage rates were up.**
BANKRATE.COM 30-YEAR FIXED, 5.58%, +2.51 POINTS



**Jobless claims were down.**
FOUR-WEEK AVERAGE AUG. 1, 2.3%

## What's Next
A PREVIEW OF THE WEEK TO COME

# 6/12

### The Fed Is Likely to Raise Rates
The Federal Reserve is set to announce new interest rate increases on Wednesday as it tries to cool inflation. The central bank will almost certainly add half a percentage point to the rates, as it did in May, which was the largest rate increase since 2000. In an interview this month, Lael Brainard, the Fed's vice chair, said expectations for rate increases in June and July that would be double the typical quarter-point were "reasonable." Since investors know to brace themselves, markets may not react too sharply. But they're still keeping an anxious eye on the Fed's moves.

### Robust Audience for Jan. 6 Hearings
More than 10 million viewers and counting tuned in to the prime-time House Select Committee hearing on the Jan. 6 Capitol attacks on Thursday, the first of several in the coming weeks. The audience numbers, according to preliminary ratings figures from Nielsen, were comparable to those for a "Sunday Night Football" game or the Macy's Thanksgiving Day Parade. ABC, CBS and NBC aired the hearing as special reports, but Fox News, the most-watched cable news network, decided not to carry any of the hearing live (though Fox Business Network, with a much smaller audience, did). Instead, its star commentators weighed in with the hearing in a split screen. "We disrespect, and we're not playing along," Tucker Carlson said.



### Amazon Objects to a Union
Amazon will appear before the National Labor Relations Board this week to present its objections to the Amazon Labor Union's victory in a unionization vote at a Staten Island warehouse in April. Despite the retail giant's determination to quash organizing at the warehouse, known as JFK8, workers there voted by a wide margin to form a union. Amazon filed a list of more than two dozen objections with the N.L.R.B.; they include allegations that the union "intentionally created hostile confrontations" by interrupting company-mandated meetings, which Amazon used to resist the union. Experts say it is rare for the N.L.R.B. to overturn an election result.

### WHAT ELSE?
Spirit Airlines delayed a shareholder vote on its merger with Frontier Airlines as JetBlue Airways tries to cut in with a rival bid.



Bring the world with you.

Dive into a world of information, ideas and inspiration on your phone or tablet.

Download our app.



