# KASOWITZ BENSON TORRES LLP

|  | 1633 BROADWAY | ATLANTA |
|---|---|---|
|  |  | HOUSTON |
| DAVID E. ROSS | NEW YORK, NEW YORK 10019 | LOS ANGELES |
| DIRECT DIAL: (212) 506-1748 | (212) 506-1700 | MIAMI |
| DIRECT FAX: (212) 835-5048 |  | NEWARK |
| DRoss@kasowitz.com | FAX: (212) 506-1800 | SAN FRANCISCO |
|  |  | SILICON VALLEY |
|  |  | WASHINGTON DC |

May 6, 2024

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/7/2024
```

**VIA ECF**
Hon. Gregory H. Woods
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

**MEMORANDUM ENDORSED**

Re:   *Daol Rexmark Union Station LLC, et al. v. Union Station Sole Member, LLC*,
No. 1:22-cv-06649-GHW

Dear Judge Woods:

On behalf of Defendant Union Station Sole Member LLC ("USSM"), we write pursuant to Section 4 of Your Honor's Individual Rules of Practice in Civil Cases (the "Rules of Practice"). On May 2, 2024, Plaintiffs filed a Motion for Summary Judgment in which they sealed several documents and made numerous redactions based on the Stipulated Confidentiality Agreement & Protective Order in this action [ECF Doc. No. 84]. Under the Rules of Practice, we are required to file a letter within three days explaining the need to seal or redact the materials. Because of the large amount of materials involved, the need to consult with our client and because the Plaintiffs did not confer with us in advance of the filing, USSM respectfully requests an extension until this Friday, May 10, 2024 to file the letter required by the Rules of Practice.

Respectfully,

/s/ *David E. Ross*

David E. Ross

---

Application granted. Defendant USSM's request for an extension of time to file a letter explaining the sealing or redaction of certain materials is granted. Dkt. No. 150. Defendant's time to file a letter explaining the need to seal or redact certain materials submitted in support of Plaintiffs' motion for summary judgment is extended to May 10, 2024. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 150.

SO ORDERED.

Dated: May 7, 2024
New York, New York

_____
GREGORY H. WOODS
United States District Judge