# KASOWITZ BENSON TORRES LLP

|  |  |  |
|---|---|---|
| David E. Ross<br>Direct Dial: (212) 506-1748<br>Direct Fax: (212) 835-5048<br>DRoss@kasowitz.com | 1633 BROADWAY<br>NEW YORK, NEW YORK 10019<br>(212) 506-1700<br>FAX: (212) 506-1800 | ATLANTA<br>HOUSTON<br>LOS ANGELES<br>MIAMI<br>NEWARK<br>SAN FRANCISCO<br>SILICON VALLEY<br>WASHINGTON DC |

May 9, 2024

**VIA ECF**

Hon. Gregory H. Woods
United States District Court
Southern District of New York
500 Pearl Street
New York, NY  10007-1312

      Re:    *Daol Rexmark Union Station LLC et al. v. Union Station Sole Member, LLC*,
               No. 1:22-cv-06649-GHW (S.D.N.Y.)

Dear Judge Woods:

      On behalf of Defendant Union Station Sole Member LLC ("USSM"), we write pursuant to Rule 4(ii) of Your Honor's Individual Rules of Practice in Civil Cases (the "Rules of Practice") to advise which documents filed by the Plaintiffs under seal in support of their summary judgment motion should remain under seal and to state the reasons why such documents should remain under seal.

      The following material filed by Plaintiffs under seal should remain under seal to protect sensitive business and personal information:

- Rebibo Exhibit G: contribution agreement between affiliates of USSM and a foreign sovereign investment fund concerning a potential investment in Union Station (the "Contribution Agreement");
- Rebibo Exhibit H: email and letter relating to the Contribution Agreement;
- Rebibo Exhibit J: text messages relating to the Contribution Agreement;
- Rebibo Exhibit K: letter relating to the Contribution Agreement;
- Rebibo Exhibit T: letter relating to the Contribution Agreement;
- Scharf Exhibit I: deposition transcript of Joe Press;
- Scharf Exhibit J: deposition transcripts of Ben Ashkenazy; and
- Scharf Exhibit K: deposition transcript of Daniel Levy.

KASOWITZ BENSON TORRES LLP

Hon. Gregory H. Woods
May 9, 2024
Page 2

      In particular, the Contribution Agreement and the related correspondence contains sensitive and confidential business information concerning a potential business transaction involving a non-party. The deposition transcripts contain sensitive business and personal information concerning USSM, its affiliates, principals and employees. To the extent that the summary judgment motion papers quote or summarize the above-mentioned exhibits, those papers should remain under seal as well.

      Respectfully,

      */s/ David E. Ross*

      David E. Ross