# KASOWITZ BENSON TORRES LLP

|  | 1633 BROADWAY | ATLANTA |
|---|---|---|
|  | NEW YORK, NEW YORK 10019 | HOUSTON |
| DAVID E. ROSS |  | LOS ANGELES |
| DIRECT DIAL: (212) 506-1748 | (212) 506-1700 | MIAMI |
| DIRECT FAX: (212) 835-5048 | FAX: (212) 506-1800 | NEWARK |
| DRoss@kasowitz.com |  | SAN FRANCISCO |
|  |  | SILICON VALLEY |
|  |  | WASHINGTON DC |

May 13, 2024

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/13/2024
```

**VIA ECF**

Hon. Gregory H. Woods
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

**MEMORANDUM ENDORSED**

Re:   *Daol Rexmark Union Station LLC et al. v. Union Station Sole Member, LLC*,
       No. 1:22-cv-06649-GHW (S.D.N.Y.)

Dear Judge Woods:

We represent Defendant Union Station Sole Member, LLC ("USSM") in the above-referenced action and write to ask the Court to reschedule the discovery dispute conference now scheduled for May 17, 2024 at 4:00 pm. USSM's attorneys are not available at the time that is currently scheduled. USSM has consulted with Plaintiffs' counsel and all parties are available in the afternoon of May 22, 2024.

Respectfully,

*/s/ David E. Ross*

David E. Ross

cc: All Counsel of Record (By ECF)

Application granted. The parties' May 13, 2024 request to adjourn the discovery dispute conference, Dkt. No. 157, is granted. The conference scheduled for May 17, 2024 is adjourned to May 22, 2024 at 3:30 p.m. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 157.

SO ORDERED.

Dated: May 13, 2024
New York, New York

GREGORY H. WOODS
United States District Judge