# KASOWITZ BENSON TORRES LLP

1633 BROADWAY
NEW YORK, NEW YORK 10019
(212) 506-1700
FAX: (212) 506-1800

DAVID E. ROSS
DIRECT DIAL: (212) 506-1748
DIRECT FAX: (212) 835-5048
DRoss@kasowitz.com

ATLANTA
HOUSTON
LOS ANGELES
MIAMI
NEWARK
SAN FRANCISCO
SILICON VALLEY
WASHINGTON DC

May 30, 2024

<u>VIA ECF</u>

Hon. Gregory H. Woods
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

    Re: *Daol Rexmark Union Station LLC et al. v. Union Station Sole Member, LLC*,
          No. 1:22-cv-06649-GHW (S.D.N.Y.)

Dear Judge Woods:

    We represent Defendant Union Station Sole Member ("USSM") in the above referenced matter. Pursuant to Local Rule 1.1, we write respectfully to request permission to file in compact disc or flashdrive format the audio exhibit to the Declaration of David E. Ross in Support of Defendant's Opposition to Plaintiffs' Summary Judgment Motion, as those audio exhibits cannot be filed via ECF. Counsel for Plaintiffs have received a copy of these recordings when they were filed.

                                            Respectfully,

                                            */s/ David E. Ross*

                                            David E. Ross