# KASOWITZ BENSON TORRES LLP

1633 BROADWAY
NEW YORK, NEW YORK 10019
(212) 506-1700
FAX: (212) 506-1800

DAVID E. ROSS
DIRECT DIAL: (212) 506-1748
DIRECT FAX: (212) 835-5048
DRoss@kasowitz.com

ATLANTA
HOUSTON
LOS ANGELES
MIAMI
NEWARK
SAN FRANCISCO
SILICON VALLEY
WASHINGTON DC

June 17, 2024

**VIA ECF**

Hon. Gregory H. Woods
United States District Court
Southern District of New York
500 Pearl Street
New York, NY  10007-1312

      Re:    *Daol Rexmark Union Station LLC et al. v. Union Station Sole Member, LLC*,
              No. 1:22-cv-06649-GHW (S.D.N.Y.)

Dear Judge Woods:

      On June 13, 2024, Plaintiffs publicly filed redacted versions of both its Reply Memorandum of Law and Reply 56.1 statement (the "Reply Papers").  On behalf of Defendant Union Station Sole Member LLC ("USSM"), we write pursuant to Rule 4(ii) of Your Honor's Individual Rules of Practice in Civil Cases (the "Rules of Practice") to advise that as set forth in USSM's June 4, 2024 letter (ECF Doc. No. 174), May 30, 2024 letter (ECF Doc. No. 164), and May 9, 2024 letter (ECF Doc. No. 152), the Reply Papers contain sensitive business, personal, and financial information that should remain under seal to protect USSM and its affiliates.

                                        Respectfully,

                                        */s/ David E. Ross*

                                        David E. Ross