Case 1:22-cv-06649-GHW   Document 195   Filed 03/11/25   Page 1 of 1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/11/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
DAOL REXMARK UNION STATION LLC; *and* :
KOOKMIN BANK CO., LTD., *in its capacity as trustee of* :
KTB CRE DEBT FUND NO. 8, *a Korean Investment* : 1:22-cv-6649-GHW
*Trust, by its agent in* Korea DAOL FUND :
MANAGEMENT CO. *and by its agent in United States* : ORDER
REXMARK HOLDINGS LLC *d/b/a* REXMARK, :
:
                         Plaintiffs, :
:
              -against- :
:
UNION STATION SOLE MEMBER, LLC, :
:
                         Defendant. :
:
-----------------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

    On March 3, 2025, the Court entered an opinion granting summary judgment to Plaintiffs. Dkt. No. 187. That opinion resolved Plaintiffs' claim against Defendant. *See* Dkt. No. 1. No further relief with respect to it is appropriate or necessary. The preliminary injunction issued by the Court on August 25, 2022, Dkt. No. 39, is terminated.

    The Clerk of Court is directed to enter judgment for Plaintiffs, to terminate all pending motions and to close this case. The Clerk of Court is further directed to return to each Plaintiff any bond posted by it pursuant to the Court's August 25, 2022 preliminary injunction order. Dkt. No. 39.

    SO ORDERED.

Dated: March 11, 2025
New York, New York

                                                      GREGORY H. WOODS
                                                  United States District Judge