**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
DAOL REXMARK UNION STATION LLC; and
KOOKMIN BANK CO., LTD., in its capacity as trustee of
KTB CRE DEBT FUND NO. 8, a Korean Investment
Trust, by its agent in Korea DAOL FUND
MANAGEMENT CO. and by its agent in United States
REXMARK HOLDINGS LLC d/b/a REXMARK,

                        Plaintiff,

    -against-                                               22 **CIVIL** 6649 (GHW)

                                                                            **JUDGMENT**

UNION STATION SOLE MEMBER, LLC,

                        Defendant.
-------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated March 11, 2025, the Court entered an opinion on March 3, 2025 granting summary judgment to Plaintiffs. Dkt. No. 187. That opinion resolved Plaintiffs' claim against Defendant. See Dkt. No. 1. No further relief with respect to it is appropriate or necessary. The preliminary injunction issued by the Court on August 25, 2022, Dkt. No. 39, is terminated. Judgment is entered for Plaintiffs; accordingly, the case is closed.

**Dated:**  New York, New York

      March 12, 2025

                                                                         **TAMMI M HELLWIG**
                                                                        **Clerk of Court**

                                        **BY:**        K. Mango

                                                                         **Deputy Clerk**